# EXHIBIT #1

**aes** — American Education Services

June 8, 2020

#BWNDHKB
#B155 1704 4506 05L6#
AMIT B PATEL
RAE KAPLAN ESQ
25 E WASHINGTON ST STE 1501
CHICAGO IL 60602-1849



**Information About Your Student Loans**

Account Number: 65 5775 9836

Information about the possible repayment, postponement, cosigner release, discharge, and forgiveness options for your student loans is available online! Sign in to your online account to see what is available to you.

**POSTPONEMENT**
- If you have private student loans, please visit **aesSuccess.org/private-loan-tool/** to review deferment and forbearance options for your loan program and lender. You can locate your loan program and lender on your billing statement or on the **Loan Details** page in your online account.
- If you have federal student loans, locate available options by logging to your online account. Next, click **Repayment Options** from the menu and choose **Postpone Payments**.

**REPAYMENT**
- See available repayment plans by logging into your online account. Next, click **Repayment Options** from the menu and choose **Repayment Plans & Estimates**.

**DISCHARGE & FORGIVENESS**
- See available discharge and forgiveness information for your student loans by logging into your online account. Next, click **Loan Forgiveness & Discharge** from the menu.

**COSIGNER RELEASE**
- If you have private student loans, please visit aesSuccess.org/cosigner-release/ to review cosigner release eligibility for your loan program and lender. You can locate your loan program and lender on your billing statement or on the **Loan Details** page in your online account.

Please contact us with any questions about this options or your eligibility.

TLXJT   PS06BCARQT   6557759836   COM1CL   8100000153465896   20200605080331 20200605083644

P.O. Box 2461, Harrisburg, PA 17105-2461 | M-F 7:30 AM to 9:00 PM (ET) | 800-233-0557 | International 717-720-3100 | 717-720-3916 | 711
aesSuccess.org

JUNE 06, 2020

## FINANCIAL ACTIVITY SUMMARY
## 01/01/01 TO 06/05/20

### LOAN INFORMATION

| LOAN SEQ | LOAN PROGRAM | 1ST DISB DATE | CURRENT OWNER | ORIGINAL PRINCIPAL BALANCE | CURRENT PRINCIPAL BALANCE |
|---|---|---|---|---|---|
| 0001 | BANHPL | 01/14/09 | AUA | 41,340.00 | 34,375.03 |

### FINANCIAL TRANSACTIONS FOR LOAN SEQUENCE 0001

| DATE | TRANSACTION TYPE | TOTAL AMOUNT OF TRANSACTION | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | AMOUNT TO LATE FEES | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|
| 01/14/09 | DISBURSEMENT | +20,670.00 | +20,670.00 | 0.00 | 0.00 | 20,670.00 |
| 05/06/09 | DISBURSEMENT | +20,670.00 | +20,670.00 | 0.00 | 0.00 | 41,340.00 |
| 05/06/09 | RETURNED DISB | 19,500.00 | 19,500.00 | 0.00 | 0.00 | 21,840.00 |
| 05/06/09 | FEE REFUND | 1,170.00 | 1,170.00 | 0.00 | 0.00 | 20,670.00 |
| 07/01/09 | INT CAPITLZTN | 0.00 | +547.03 | 547.03 | 0.00 | 21,217.03 |
| 10/01/09 | INT CAPITLZTN | 0.00 | +307.50 | 307.50 | 0.00 | 21,524.53 |
| 01/01/10 | INT CAPITLZTN | 0.00 | +311.95 | 311.95 | 0.00 | 21,836.48 |
| 04/01/10 | INT CAPITLZTN | 0.00 | +309.59 | 309.59 | 0.00 | 22,146.07 |
| 06/21/10 | PAYMENT | 312.76 | 30.18 | 282.58 | 0.00 | 22,115.89 |
| 07/01/10 | INT CAPITLZTN | 0.00 | +34.84 | 34.84 | 0.00 | 22,150.73 |
| 07/19/10 | PAYMENT | 156.38 | 93.57 | 62.81 | 0.00 | 22,057.16 |
| 08/16/10 | PAYMENT | 156.38 | 59.09 | 97.29 | 0.00 | 21,998.07 |
| 09/20/10 | PAYMENT | 156.38 | 35.09 | 121.29 | 0.00 | 21,962.98 |
| 10/01/10 | INT CAPITLZTN | 0.00 | +38.05 | 38.05 | 0.00 | 22,001.03 |
| 10/18/10 | PAYMENT | 156.38 | 97.46 | 58.92 | 0.00 | 21,903.57 |
| 11/19/10 | PAYMENT | 156.38 | 45.97 | 110.41 | 0.00 | 21,857.60 |
| 12/17/10 | PAYMENT | 156.38 | 59.97 | 96.41 | 0.00 | 21,797.63 |
| 01/01/11 | INT CAPITLZTN | 0.00 | +51.50 | 51.50 | 0.00 | 21,849.13 |
| 01/21/11 | PAYMENT | 156.38 | 87.55 | 68.83 | 0.00 | 21,761.58 |
| 02/23/11 | PAYMENT | 156.38 | 43.25 | 113.13 | 0.00 | 21,718.33 |
| 03/23/11 | PAYMENT | 156.38 | 60.59 | 95.79 | 0.00 | 21,657.74 |
| 04/01/11 | INT CAPITLZTN | 0.00 | +30.70 | 30.70 | 0.00 | 21,688.44 |
| 04/19/11 | PAYMENT | 156.38 | 94.88 | 61.50 | 0.00 | 21,593.56 |
| 05/27/11 | PAYMENT | 156.38 | 27.12 | 129.26 | 0.00 | 21,566.44 |
| 06/30/11 | PAYMENT | 156.38 | 40.87 | 115.51 | 0.00 | 21,525.57 |
| 07/28/11 | PAYMENT | 156.38 | 61.44 | 94.94 | 0.00 | 21,464.13 |
| 10/01/11 | INT CAPITLZTN | 0.00 | +219.78 | 219.78 | 0.00 | 21,683.91 |
| 01/01/12 | INT CAPITLZTN | 0.00 | +314.26 | 314.26 | 0.00 | 21,998.17 |
| 04/01/12 | INT CAPITLZTN | 0.00 | +314.49 | 314.49 | 0.00 | 22,312.66 |
| 07/01/12 | INT CAPITLZTN | 0.00 | +318.99 | 318.99 | 0.00 | 22,631.65 |
| 10/01/12 | INT CAPITLZTN | 0.00 | +327.10 | 327.10 | 0.00 | 22,958.75 |
| 01/01/13 | INT CAPITLZTN | 0.00 | +331.83 | 331.83 | 0.00 | 23,290.58 |
| 04/01/13 | INT CAPITLZTN | 0.00 | +330.21 | 330.21 | 0.00 | 23,620.79 |
| 07/01/13 | INT CAPITLZTN | 0.00 | +338.61 | 338.61 | 0.00 | 23,959.40 |
| 07/15/13 | INT CAPITLZTN | 0.00 | +52.84 | 52.84 | 0.00 | 24,012.24 |
| 08/28/18 | INT CAPITLZTN | 0.00 | +7,541.14 | 7,541.14 | 0.00 | 31,553.38 |
| 10/19/19 | INT CAPITLZTN | 0.00 | +2,821.65 | 2,821.65 | 0.00 | 34,375.03 |
| 01/03/20 | LATE FEE | +10.00 | 0.00 | 0.00 | +10.00 | 34,375.03 |

TSXSR:PS06BTSA
6557759836   6557759836   MR          81000000153515205

```
02/03/20  LATE FEE        +10.00      0.00      0.00     +10.00   34,375.03
03/05/20  LATE FEE        +10.00      0.00      0.00     +10.00   34,375.03
04/03/20  LATE FEE        +10.00      0.00      0.00     +10.00   34,375.03
05/04/20  LATE FEE        +10.00      0.00      0.00     +10.00   34,375.03
06/03/20  LATE FEE        +10.00      0.00      0.00     +10.00   34,375.03
```



**American Education Services**
P.O. Box 2461  Harrisburg, PA  17105-2461
Toll-free 800-233-0557 • TTY Dial 711
Fax: 717-720-3916 • 717-720-3931 • 717-720-2774
International 717-720-3100 • 717-720-3500
www.aesSuccess.org

November 18, 2019

AMIT B PATEL
874 FOREST GLEN CT
BARTLETT IL  60103-4448

*Sent via email to: apatel23@msn.com*

Dear Ms. Patel:

This letter is in response to your inquiry concerning your private student loan account serviced by our office. We trust the following information will be of assistance.

Your concern regarding your account, as we understand it, is that your loans should have been discharged under the adversary judgment sent to our office.

We have received and reviewed the adversary judgments sent to our office. As a result, we discharged the loan disbursed in 2008. You will receive written confirmation that the loan has been discharged within 30 days.

However, the adversary judgments do not indicate that the loan disbursed in 2009 is to be discharged. In order for this loan to be discharged, we require an order which specifically delineates the disbursement date of January 14, 2009 and that the lender is either Bank of Lake Mills or American University of Antigua (AUA).

Because we could not discharge your loan disbursed on January 14, 2009, the loan is in repayment. At this time, your account is current and the next installment of $278.60 is due December 24, 2019.

If you have any questions or concerns, please contact our Customer Service Department at 800-233-0557. Representatives are available Monday through Friday from 7:30 a.m. to 9:00 p.m., ET.

Sincerely,

American Education Services
Consumer Complaint Management

jll
*6557759836*



IMPACTED BY COVID-19? WE CAN HELP! CALL, WRITE, OR EMAIL US FOR ASSISTANCE.

July 3, 2020

# MONTHLY BILL

**Name: AMIT B PATEL**
**Account Number: 65 5775 9836**

| Payment Summary | |
|---|---:|
| Last Payment Received | 07/28/2011 |
| Amount Past Due | $1,880.59 |
| Late Fees Assessed | $60.00 |
| Current Payment Due | $254.03 |
| **Total Due by 07/24/2020** | **$2,194.62** |

## YOUR LOAN DETAILS

| Loan Sequence | Date Disbursed | Loan Program | Original Balance | Current Balance | Outstanding Interest | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|---|---|
| *1001 | 01/14/2009 | BANHPL | $20,670.00 | $34,375.03 | $1,644.54 | 5.750% | $254.03 | $1,880.59 | $254.03 |

*Outstanding interest accrued as of 07/03/2020*



**YOU HAVE MISSED SOME PAYMENTS!**
Sometimes life doesn't go as planned and your financial situation may change. If you can't afford your payments, there may be options that can help.

If you are having trouble making payments, you can also visit aesSuccess.org/TroublePaying.

Your account contains at least one loan that is past due. Depending on the terms of your loan agreement(s) and the level of delinquency, these loans may require payment prior to the due date shown on this statement to avoid default and/or acceleration of the debt. Please contact us immediately at 800-233-0557 to discuss.

*Late fees will be assessed in accordance to the requirements set forth by the loan owner. Each unique owner/loan program may have differing late fee requirements. The owner will assess late fees on any loans listed above that are identified with an asterisk. If there are dates listed below the heading 'Received After This Date', which are prior to the date you are making your payment, the following late fee will be assessed.

You may continue to pay the full Monthly Payment amount if your loans are paid ahead (the Current Due is less than the Monthly Payment amount). It may be necessary to continue to pay the full Monthly Payment amount when your loans are paid ahead in order to qualify for benefit programs, such as reduced interest rates or cosigner release, that may be offered by your lenders. Contact us at 800-233-0557 if you do not want overpayments to be applied to future bills and to opt out of paid ahead status.

**Make checks payable to American Education Services and include your 10 digit account number.**

**Customer Statement**           (IF LATE, SEE LAST PAGE)

Amount Enclosed: Do not write dollar sign in boxes below or on check.

| Account Number: | Due Date: | | Total Amount Due: |
|---|---|---|---|
| 65 5775 9836 | 07/24/2020 | $ | $2,194.62 |

2020185016557759836100021946200000000000000002



#BWNDHKB
#B155 1704 4507 03L7#
AMIT B PATEL
RAE KAPLAN ESQ
25 E WASHINGTON ST STE 1501
CHICAGO IL 60602-1849

AMERICAN EDUCATION SERVICES
P.O. BOX 65093
BALTIMORE, MD 21264-5093

C,,BRLP

| Received After This Date | Late Fee to be Assessed |
|---|---|
| 07/03/2020 | $10.00 Late fee to be assessed if payment not received for prior statement |
| 08/02/2020 | $10.00 |

## ADDITIONAL LOAN DETAILS

See below for the Current Owner and Repayment Term for each loan listed.

| Loan Sequence | Date Disbursed | Loan Program | Current Owner | Repayment Term |
|---|---|---|---|---|
| *1001 | 01/14/2009 | BANHPL | AUA | 231 |

| | | | |
|---|---|---|---|
| Total paid since your last statement | $0.00 | As of today, you've paid on your loans | $21,845.70 |
| Interest Satisfied | $0.00 | Total Interest Satisfied | $1,508.67 |
| Principal Satisfied | $0.00 | Total Principal Satisfied | $20,337.03 |

## METHODS TO PAY

- **Pay Automatically:** Sign up for *Direct Debit* to make automated payments at aesSuccess.org. You may qualify for an interest rate reduction!
- **Pay Online:** aesSuccess.org
- **Pay by Phone:** 800-233-0557
- **Pay by Mail/Bill Payer:** American Education Services
  P.O. Box 65093
  Baltimore, MD 21264-5093
  *Send only payments to this address.*

**Payment Instructions:** Send all other mail, including payment application instructions, to our correspondence address:
American Education Services
PO Box 2461
Harrisburg, PA 17105-2461

**Check or Money Order Instructions:** Make checks and money orders payable to **American Education Services** and include your account number. *Do not send cash.*

**Authorization for Electronic Debit:** If paying by check, you authorize us to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. This means funds may be withdrawn the day we receive your check, that you may not receive your check back from your financial institution, or both.

**Payment Processing Timeframe:** It may take a few days for the payment to post to your account. Your payment will be effective the day it was received. You're able to view your payment history and how your payments were applied in your online account.

**Late Payments:** Pay your entire monthly installment amount by the due date each month to prevent additional interest accrual and potential late charges, per your promissory note and lender's policy.

## REPAYMENT OPTIONS

If you can't afford your payments, you may be able to:
- Lower your monthly payments*.
- Change your payment due date*.
- Temporarily postpone your payments*.
- Reduce or "discharge" your loan*.

*\* Subject to eligibility requirements*

**Payment Plans:** You can change your repayment plan at any time. **Federal Family Education Loan Program (FFELP) loans** are eligible for Standard, Graduated, 25-Year Extended (fixed or graduated), Income-Sensitive Repayment, and Income-Based Repayment plans. You can explore your options at the U.S. Department of Education's website, **studentaid.gov** or **aesSuccess.org/PaymentPlans**. If you have **Private Student Loans**, select *Repayment Options* within *Account Access* or call us to learn more about your repayment plan options.

**Deferment or Forbearance:** Trouble making payments? You and your co-signer, if applicable, may qualify for a deferment or forbearance to temporarily reduce or postpone payments. For **FFELP loans**, log into *Account Access* at aesSuccess.org and take our **Postpone Payment Eligibility Quiz**. For **Private Student Loans**, call us to learn about available options. Using deferment or forbearance may delay or disqualify your eligibility for specific borrower benefits, such as co-signer release and interest rate reductions, depending on your lender.

## PAYMENT DETAILS

**Payment Application:** Payments are applied to outstanding interest first, then to the principal balance, unless late fees have been assessed. If you have multiple loans, under or overpayments will be allocated across all loans based on the amount due unless you provide payment instructions that specify otherwise. To understand payment application, targeting, or impacts from other payments please contact us.

**Payoff & Conditional Payments:** The balance on this bill is not a payoff amount, as it only accounts for accrued interest or fees as of the date the bill was printed. For your current payoff amount, call us or go to *Account Access* within your online account and select *Loan Payoff*. Portions of a consolidation, such as subsidized and unsubsidized, must be treated as one loan although they may appear as two loans on your billing statement. Insufficient amounts may be returned. Any payment that you send for less than the full balance due that is marked "paid in full" or contains similar language, or that you remit to fully satisfy a disputed amount, must be sent to: AES/Conditional Payments, PO Box 2251, Harrisburg, PA 17105-2251.

**Paid Ahead Status & Borrower Benefits:** If you have satisfied a full future bill, your amount due could be $0, resulting in a paid ahead status. While paid ahead or partially paid ahead, you should continue to make payments since interest will continue to accrue daily. If the amount you are paid ahead only partially covers a future bill, the remaining amount due will appear on your next bill. Unless you specify otherwise, we apply payments in excess of the amount due first to outstanding installments, then future bills.

*EXCEPTION: If you are billed for $0 under the Income-Based Repayment plan, or are on a reduced payment forbearance, payments will not satisfy future bills.*

To maintain eligibility for borrower benefits, such as co-signer release or interest rate reduction, you may be required to pay your full monthly installment amount each month, even if your loans are paid ahead (based on your lender's policy).

**Opt Out of Paid Ahead:** If you do not want overpayments to be applied to future bills, email or call us to opt out of paid ahead status.

**Consumer Reporting Agencies:** We report to consumer reporting agencies. Late payments, missed payments or other defaults may be reflected in your credit report and the credit report for any other party to the loans.

**Co-signer Notice:** If this bill shows a past due amount, the borrower for this loan(s) has become delinquent. If you are the co-signer, you are responsible for payment. **Michigan** residents have 30 days from the date of this statement to either pay the past due amount or contact us to make a payment arrangement. **Illinois** residents have 15 days from the date of this statement to either pay the past due amount or contact us to make a payment arrangement.

**Interest Accrual:** Interest accrues daily, even if your loans are not in repayment. Payments can only satisfy already accrued interest. You cannot pay interest that has not yet accrued (future interest).

- Capitalization may occur at the end of grace, deferment, or forbearance periods and during certain times when on an Income-Based Repayment plan. Capitalization will add all unpaid interest to the principal balance of your loans. As a result, your principal balance will increase. This increase may result in a higher monthly installment amount, and it may take you longer to pay off your student loans.
- You are responsible for all interest that accrues during **forbearance**. Any interest that you do not pay during the forbearance will be capitalized at the end of the forbearance.
- During a **deferment**, the government pays the interest that accrues on your subsidized federal student loans; however, you remain responsible for interest that accrues on your unsubsidized federal student loans and Private Student Loans. Any interest that you do not pay on your unsubsidized federal student loans and Private Student Loans during a deferment will be capitalized at the end of the deferment.
- To avoid capitalization of interest, limit the use of forbearances or deferments or pay the interest that accrues during these periods, if you are able to do so.

**Questions? For more information on any of these topics or to request a change, call us or visit your online account at aesSuccess.org.**

### Save Time and Money at aesSuccess.org

- Make Payments • Explore Repayment Plan Options • Update Contact Information • Review Account History • Go Paperless

**Need help understanding your bill?**
Visit aesSuccess.org/Bill.

**Attention Servicemembers**
Learn about the benefits that you may be eligible for, including the Servicemembers Civil Relief Act (SCRA), at **aesSuccess.org/Servicemembers.**



| **Questions?** | Visit aesSuccess.org or call us toll-free at 800-233-0557; TTY: Dial 711; Mon - Fri 7:30 a.m. to 9 p.m. (EST). You can also send a secure email through your online account, Account Access. |
|---|---|
| **Correspondence Address:** | American Education Services<br>PO Box 2461<br>Harrisburg, PA 17105-2461 |
| **Credit Dispute:** | AES Credit<br>PO Box 61047<br>Harrisburg, PA 17106-1047 |

**Do not send payments to these addresses.** This will cause a delay and could cause your loans to show past due.

C,,BRLP 112.0.0



June 5, 2020

| STUDENT LOAN ACCOUNT OF AMIT B. PATEL |
|---|
| **Account Number:** 65 5775 9836 |

RAE KAPLAN ESQ
25 E WASHINGTON ST STE 1501
CHICAGO IL  60602

Dear Attorney Kaplan:

As made aware, we received notification you are representing Amit B. Patel.  As a result, we modified your client's contact information (mailing/billing address, telephone numbers, and email addresses) to match your office's contact information. Important information regarding these changes is included on the back of this notice; please review this information in its entirety. We understand you are presently requesting the following:

**VALIDATION OF THE DEBT**
We have enclosed copies of the Application and Promissory Note (Note) for the loan listed in the Loan Information Table. Additionally, we sent a Statement of Account under separate cover, which details the history of financial transactions on your client's account.

By signing the Note, your client agreed to remain responsible for maintaining a current account status by remitting payments in a timely manner until the loan is paid in full inclusive of accrued interest, the principal balance, and all applicable fees.  If a full payment cannot be made, your client is required to maintain the loan in a current status by applying for an available repayment option in a timely manner.

**Additional Information You May Find Helpful**
American Education Services (AES) is a trade name used by the Pennsylvania Higher Education Assistance Agency, which is a statutorily created instrumentality of the Commonwealth of Pennsylvania.  As a student loan servicer, AES is responsible for various servicing activities, including collecting payments for delinquent loans on behalf of the loan's owner/holder.  However, AES is not a debt collector subject to the federal Fair Debt Collection Practices Act (FDCPA).

Please contact us if you have questions.

P.O. Box 2461, Harrisburg, PA 17105-2461 | M-F 7:30 AM to 9:00 PM (ET) | 800-233-0557 | International 717-720-3100 | 717-720-3916 | 711
AesSuccess.org

Loan Information

| Loan Sequence | Loan Type | Disbursement Date | Original Balance | Current Balance | Interest Rate |
|---|---|---|---|---|---|
| 0001 | BANHPL | 01/14/2009 | $20,670.00 | $34,375.03 | 5.750% |

IMPORTANT:
You may begin receiving bills, telephone calls, and other correspondence due to the change to your client's contact information. If the account is past due, you may receive additional correspondence (mailed and electronic) and telephone calls from AES, the owner/holder of the loans, and/or any collection agency acting on behalf of the owner/holder. Please note that AES representatives will always identify themselves and the nature of the call.

Your client is still responsible for the status of their loans by remitting payment, applying for an alternative repayment plan, or applying for a deferment/forbearance in a timely manner. Be sure to provide your client with any correspondence you receive on their behalf, especially monthly billing statements, to ensure they remit payments on time.

# PRIVATE EDUCATION LOAN

**BLM** bank of lake mills
10850 Gold Center Drive, Suite 100
Rancho Cordova, California 95670

## Application and Promissory Note

Program Lender: BANK OF LAKE MILLS
Rancho Cordova, CA

Pnote Id: 63132   Loan Id: 0000045007

### Before You Begin

Print using dark ink or type. The application must be signed and dated by the Student Borrower and Cosigner, if applicable. Do not leave any blanks. If the question is not applicable to you, please mark as N/A.

### Loan Type

### Part I. Student Borrower Information

**1. Legal Name:** Last Name: PATEL   First Name: AMIT   MI:
**2. Social Security Number (xxx-xx-xxxx):** ▇▇▇-▇▇-4928
**3. Permanent Home Information** (Street Address, City, State/Province, Zip Code, Country):
54 N. ALBERT ST.   MOUNT PROSPECT   IL   60056

**Telephone Number:** (847) 818-8728
**Cell Phone Number (optional):** (847) 409-6525
**Email Address (optional):** APATEL23@MSN.COM

**Length of Residency:** Years: 14   Months: 6
**If less than 2 years, please indicate length at previous residence:** Years: 14   Months: 6

**4. Temporary Address Information – While at School** (Street Address, City, State, Zip Code) If same as in 3, check here ☐

**Telephone Number:** ( )
**Cell Phone Number (optional):** ( )
**Email Address (optional):**

**5. Birth Date (mm/dd/yyyy):** ▇▇/▇▇/1981
**6. Drivers License or State ID Number and State:** Number: ▇▇▇▇   State: ▇▇

**7. Citizenship Status (check one):** ☑ U.S. Citizen  ☐ Non-U.S. Citizen  ☐ U.S. Permanent Resident #
**7a.** If you indicated Permanent Resident in Question 7, please indicate length in that status: Years: _____ Months: _____

**8. Have you ever been granted credit under another name?**  ☑ No  ☐ Yes  (If yes, see 8.a.)
**8a.** If you answered yes to Question 8, please provide name below: Last Name / First Name / MI

**9. Have you ever defaulted on a student loan (federal or private)?**  ☑ No  ☐ Yes
**10. Have you claimed bankruptcy in the last 7 years?**  ☑ No  ☐ Yes

**11. References.** You must provide two separate references with different U.S. addresses, and who do not live with the Student Borrower or Cosigner. References may not be the Cosigner or the Cosigner's references.

| | A. | B. |
|---|---|---|
| Full Name | ▇▇▇▇▇▇▇▇ | |
| Address | ▇▇▇▇▇▇▇▇ | |
| City, State, Zip Code | ▇▇▇▇▇▇▇▇ | |
| Telephone Number | ( ▇▇▇ ) ▇▇▇▇ | ( ) |
| Relationship to Borrower | Sibling | |
| Email Address (optional) | | |

**12. Loan Amount Requested** ($2,001 minimum) $ 39000.00

**13. Repayment Option:**  ☐ Full Principal and Interest  ☐ Interest Only  ☑ Deferred (Repayment will be deferred unless another option is selected)

**For Wisconsin residents only:** I am ☐ married, ☐ unmarried. If I am married, the name of my spouse is _____ and my spouse resides at: ☐ the address shown above, or ☐ _____

### Employer and Income Information Section. If information is not applicable, please mark as N/A

**Type of Employment:**  ☐ Employed  ☐ Self-employed  ☑ Unemployed  ☐ Retired

**14. Employer Name:** If self-employed, please provide the most recent two years of signed tax returns including all forms and check here ☐

**Address Information** (Street Address, City, State, Zip Code)

**Telephone Number:** ( )
**Length of Employment.** If less than 2 years, please complete 14a. and 14b.  Years: _____ Months: _____
**14a. Previous Employer Name:**
**14b. Previous Length of Employment:** Years: _____ Months: _____

**15. Gross Monthly Salary** $ _____
**Other Monthly Income** (Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this loan) $ _____ Source: _____

**16. Housing Status (check one):**  ☐ Rent  ☐ Mortgage  ☑ Other, please specify: With Parents
**Monthly Housing/Rental Payment** (include tax and insurance if mortgage amount) $ 0.0000

APPLICATION CONTINUES TO PAGE 2

Student Borrower Name: **AMIT PATEL**  Social Security Number: ███-██-4928

## Part II. Cosigner Information (If you are not applying with a Cosigner, leave this section blank)

17. Legal Name: Last Name _____ First Name _____ MI ___ 18. Social Security Number (xxx-xx-xxxx) _____

19. Permanent Home Information (Street Address, City, State/Province, Zip Code, Country) _____

Telephone Number * ( ) _____   Cell Phone Number (optional) * ( ) _____   Email Address (optional) _____

Length of Residency  Years: ___ Months: ___   If less than 2 years, please indicate length at previous residence  Years: ___ Months: ___

20. Birth Date (mm/dd/yyyy) _____   21. Drivers License or State ID Number and State  Number: ___ State: ___

22. Citizenship Status (check one)
☐ U.S. Citizen ☐ Non-U.S. Citizen ☐ U.S. Permanent Resident # _____ Resident # _____

22a. If you indicated Permanent Resident in Question 22, please indicate length in that status  Years: ___ Months: ___

23. Have you ever been granted credit under another name?
☐ No ☐ Yes (If yes, see 23a.)

23a. If you answered yes to Question 23, please provide name below
Last Name _____ First Name _____ MI ___

24. Have you ever defaulted on a student loan (federal or private)?
☐ No ☐ Yes

25. Have you claimed bankruptcy in the last 7 years?
☐ No ☐ Yes

26. References. You must provide two separate references with different U.S. addresses, and who do not live with the Student Borrower or Cosigner. References may not be the Borrower or the Borrower's references.

| | A. | | B. |
|---|---|---|---|
| Full Name | _____ | Full Name | _____ |
| Address | _____ | Address | _____ |
| City, State, Zip Code | _____ | City, State, Zip Code | _____ |
| Telephone Number * | ( ) _____ | Telephone Number * | ( ) _____ |
| Relationship to Borrower | _____ | Relationship to Borrower | _____ |
| Email Address (optional) | _____ | Email Address (optional) | _____ |

Type of Employment: ☐ Employed  ☐ Self-employed  ☐ Unemployed  ☐ Retired

27. Employer Name: If self-employed, please provide the most recent two years of signed tax returns including all forms and check here ☐

Address Information (Street Address, City, State, Zip Code) _____

| Telephone Number ( ) | Length of Employment. If less than 2 years, please complete 27a. and 27b.  Years: ___ Months: ___ | 27a. Previous Employer Name | 27b. Previous Length of Employment  Years: ___ Months: ___ |
|---|---|---|---|
| 28. Gross Monthly Salary: $ _____ | | Other Monthly Income (Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this loan.)  $ _____ | Source _____ |

29. Housing Status (check one)
☐ Rent ☐ Mortgage ☐ Other, please specify: _____

Monthly Housing/Rental Payment (include tax and insurance if mortgage amount)  $ _____

\* By providing my telephone number (whether for a cellular telephone, other wireless device, fixed-line or landline telephone), I expressly authorize the lender, any holder of the loan, the servicer of the loan, or any third-party debt collector to contact me at the phone number using autodialed, prerecorded or any other type of calls or voice or text messages. By providing my e-mail address, I authorize the lender, any holder of the loan, the servicer of the loan, or any third-party debt collector to contact me at the e-mail address.

APPLICATION CONTINUES TO PAGE 3

Student Borrower Name: **AMIT PATEL**　　　　　　　　　　Social Security Number: ▇▇▇-▇▇-4928

For Arizona and Wisconsin residents only: I am ☐ married, ☐ unmarried. If I am married, the name of my spouse is _____
and my spouse resides at: ☐ the address shown above, or ☐ _____

For the purpose of the following notice, the words "you" and "your" mean the Student Borrower and the Cosigner.
**All Applicants: Important Federal Law Notice-Important Information about procedures for opening a new account:** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.
*What this means for you:* When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

NOTICE TO COSIGNER
You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility. You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount. The bank can collect this debt from you without first trying to collect from the borrower. The bank can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of your credit record. This notice is not the contract that makes you liable for the debt.

**Part III. Promise to Pay** *To be completed and signed by the Student Borrower and Cosigner.*
STUDENT BORROWERS AND COSIGNERS MUST READ ALL PAGES OF THIS APPLICATION AND PROMISSORY NOTE AND SIGN BELOW.

30. By my/our signature(s), I/we acknowledge that I/we have read and understand the information contained in this Application and Promissory Note, including the terms on the following pages and agree to be bound by those terms, including, but not limited to, the Promise to Pay in Section A of the Promissory Note. I/we certify that the information provided by me/us is true and accurate to the best of my/our knowledge and belief. The instructions to this Application and Promissory Note are Incorporated into and made a part hereof. I/we authorize the lender, any assignee of the lender, and any guarantor of this loan to investigate my/our creditworthiness, to obtain consumer reports from consumer reporting agencies, from time to time, and to furnish information concerning my/our loan to consumer reporting agencies and other persons who may legally receive such information. My/Our authorization to obtain consumer reports from consumer reporting agencies is valid as long as any amounts are owed under the Promissory Note. I/We agree that you may investigate any information that I/we supply in order to confirm my/our eligibility for this Loan Program. I/We agree that the Promissory Note provides for the compounding of interest.

The originating lender to which this application is directed is the Bank of Lake Mills, in Lake Mills, Wisconsin.

I authorize the lender to consider this Application and Promissory Note as an application for the lowest cost loan for which I am qualified under this program. I/we understand and acknowledge that Bank of Lake Mills, its employees and agents, do not in any way endorse, promote or make any representations concerning the quality or financial strength of any educational institution. It is the responsibility of the borrower(s) to determine the quality and financial strength of the educational institution. Any listing of educational institutions by Bank of Lake Mills, its employees or agents, is solely for application submission and does not represent an endorsement of any educational institutions. This disclaimer may not be waived or modified by any employee or agent of Bank of Lake Mills, its affiliates or subsidiaries.

NOTICE TO CONSUMER: In the following Notice, the word "you" refers to the Student Borrower and Cosigner. DO NOT SIGN THIS BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED. DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN. YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT WITHOUT PENALTY AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE IN ACCORDANCE WITH LAW. CAUTION—IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

**I UNDERSTAND THAT THIS IS A LOAN THAT I MUST REPAY.**

Student Borrower Signature **Signature on file: 27407**　　　　　　　Today's Date (mm/dd/yyyy) **12/26/2008**

Cosigner Signature _____　　　　　　　Today's Date (mm/dd/yyyy) _____

ARIZONA RESIDENTS: If the Cosigner is married to someone other than the Student Borrower, the following applies. Marital Community Property Joinder: The undersigned spouse of the Cosigner joins in the execution of this Application and Promissory Note for the purpose of binding the marital community property of the Cosigner and the undersigned, in accordance with Ariz. Rev. Stats. Section 25-214 or other applicable law.

_____　　　　　　　Today's Date (mm/dd/yyyy) _____
Signature of Cosigner's spouse (if not the Student Borrower)

APPLICATION CONTINUES TO PAGE 4

Student Borrower Name: **AMIT PATEL**  Social Security Number: ▮-4928

## Part IV. School Information

| 31. School Name and Campus: | School Phone |
|---|---|
| | ( ) |
| Campus Information (Street Address, City, State/Province, Zip, Country) | |

| 32. Enrollment Status | 33. Grade Level |
|---|---|
| ☐ Full-Time  ☐ Half Time  ☐ Less than Half Time | ☐ First Year  ☐ Second Year  ☐ Third Year  ☐ Fourth Year  ☐ Fifth Year +  ☐ Graduated |
| 34. Field of Study | 35. Anticipated or Actual Graduation Date (Month/Year) |
| ☑ Medical  ☐ Dental  ☐ Chiropractic | Month: 6    Year: 2011 |
| 36. Academic Year (Month/Year) | |
| From: 01/2009    To: 08/2009 | |

## Promissory Note
Education Loan

In this Application and Promissory Note, the words "I," "me," "my," and "mine" mean the Student Borrower and the Cosigner. The words "you," "your," "yours," and "Lender" mean Bank of Lake Mills, Lake Mills, Wisconsin, its successors and assigns, and any other holder of this Application and Promissory Note.

### A. PROMISE TO PAY
I promise to pay to you the total principal sum of the Loan which includes amounts disbursed under the terms of this Promissory Note (the "Note"), interest on such principal sum (including any prepaid finance charge or loan origination fee), interest on any unpaid interest added to the principal balance, Returned Payment Fees, late charges and other fees, charges and costs as provided in this Note and the related Disclosure Statement which is incorporated by this reference.

### B. IMPORTANT – READ THIS CAREFULLY
1. When you receive any signed Application, you are not agreeing to lend the Borrower money. You have the right not to make a loan, not to make any disbursement on a loan, whether the initial or any subsequent disbursement, or to lend an amount less than the Loan Amount Requested. If you decide to make a loan to me, you will electronically transfer the loan funds to the School or mail a loan check to the School. I agree to accept an amount less than the Loan Amount Requested.
2. After you agree to make a Loan to me, you will send me a Disclosure Statement. In addition to other information, the Disclosure Statement will tell me the total amount of my Loan, the amount of my disbursements, my initial interest rate and the amount of the loan origination fee. Such Disclosure Statement is incorporated herein by reference.
3. HOW I AGREE TO THE TERMS OF THIS LOAN. By preparing and signing this Application and Note, and submitting it to you, either directly or through some other person, I am requesting that you make this Loan to the Borrower in the Loan Amount Requested and on the terms described in this Note. If you approve this request and agree to make this Loan, you will notify me in writing and provide me with a Disclosure Statement, as required by law at the time that the loan proceeds are disbursed. I will let you know that I agree to the terms of the Loan as set forth in this Note and in the Disclosure Statement by either (a) endorsing the proceeds check or (b) allowing the Loan proceeds to be used by or on behalf of the Borrower without objection. Any objection must be sent to you at your address on the Disclosure Statement so that it reaches you within ten (10) days of the date of the Disclosure Statement. If either the Borrower or the Cosigner fails to agree to the terms of the Loan, and if Loan proceeds have been disbursed, the Borrower agrees that he will immediately return the Loan proceeds to you, will not endorse any check which disburses the Loan proceeds and will instruct the School to return any Loan proceeds to you.

### C. DEFINITIONS
1. "Application" means the written, on-line or oral (including telephonic) request that the Borrower makes to you for a Loan.
2. "Capitalized Interest" means accrued and unpaid interest that you add to the principal balance of my Loan.
3. "Cosigner Notice" means any notice that describes the obligations of a cosigner under the Note with respect to any Loan that I obtain as described in this Note.
4. "Disbursement Date" means the date on which you lend money to the Borrower in consideration for this Note and will be the date or dates of my loan check or electronic funds transfer.
5. "Disclosure Statement" means a closed-end disclosure statement as required by the federal Truth-in-Lending Act.
6. "Interim Period" means the period beginning on the first Disbursement Date and ending on the date that is six months after the Borrower graduates or ceases enrollment on at least a half-time basis at the School, up to a maximum of 102 months.
7. "Loan" means all principal sums disbursed, as may be designated by you, plus interest on such principal sums, interest on any Capitalized Interest, and other charges and fees that may become due as provided in this Note.
8. "Loan Amount Requested" means the dollar amount of the Loan requested at the time of the Application.
9. "Note" means this Promissory Note setting forth the terms applicable to my Loan. The term "Note" also includes the Application, Disclosure Statements, and Cosigner Notices (if applicable) relating to my Loan that I obtain subject to the terms of this Note, unless otherwise provided.
10. "Repayment Period" means the period beginning on the day after the Interim Period, if any, ends and continuing for 240 months.
11. "School" means the school the Borrower has been or will be attending, as identified on the Application.

### D. INTEREST
1. Accrual – Interest will begin to accrue as of the Disbursement Date on the principal amount of this loan outstanding from time to time. Interest will be calculated on a daily simple interest basis, according to the outstanding principal balance each day of the term of the Loan. The daily interest rate will be equal to the annual interest rate in effect on that day, divided by the actual number of days in the year (365 or 366 days).
2. Interest Rate – The Interest Rate will be equal to the Current Index, plus a margin as calculated according to the loan program rules and as disclosed to me on my Disclosure Statement (the "Variable Rate"). The Interest Rate will change quarterly on the first day of each January, April, July and October (the "Change Date(s)") if the Current Index changes. The "Current Index" for any calendar quarter beginning on a Change Date (or for any shorter period beginning on the Disbursement Date and ending on the first Change Date) is the Prime Rate published by *The Wall Street Journal* on the 20th day (or the next business day if the 20th day is not a business day) of the calendar month immediately preceding each Change Date. You may round the Current Index higher to two decimal places. For example, 5.755% will be rounded to 5.76%. (This is an example and may not reflect the actual Prime Rate.) Prime Rate is the base rate on corporate loans posted by at least seventy-five percent (75%) of the United States' largest banks. Prime Rate is only a pricing index and is not necessarily the lowest interest rate index used by you or any other lender. If Prime Rate is no longer available you will choose a comparable index.
3. Capitalization – I agree that you will add the Loan Origination Fee as described in Paragraph F to the principal balance of my Loan. I also agree that you may, at your option, add all accrued and unpaid interest to the principal balance of my Loan: (i) at the end of each calendar quarter following full disbursement during the initial in school period; (ii) at the end of each calendar quarter during any deferral period, and (iii) upon the loan entering repayment. In addition, should I default under the terms of this Note, you may, at your option, add all accrued and unpaid interest to the principal balance of my Loan upon such default. Such Capitalized Interest is thereafter considered principal and interest will accrue on the new principal balance. In addition, if I am in default under this Note, you may, at your option, add any unpaid late charges, Returned Payment Fees or other charges outstanding at the time of default to the principal amount of my Loan.
4. Annual Percentage Rate ("APR") – The APR for my Loan will be disclosed to me on my Disclosure Statement. The APR may be higher than the Variable Rate described above because the APR will include any fee that is charged for my Loan as well as the rate at which interest accrues.

### E. TERMS OF REPAYMENT
1. Interim Period –Unless I have selected a payment option other than the Deferred Payment option, my Loan will have an Interim Period. During the Interim Period you will send the Borrower quarterly statements (showing the total Loan disbursements and the interest that has accrued on my Loans). Statements will be sent to the Borrower's permanent address shown in your records. I may make, but am not required to make, payments during the Interim Period. You will add my interest that I do not pay during the Interim Period to the principal balance of my Loans, as described in Paragraph D.3.
2. Repayment Period – During the Repayment Period I will make consecutive monthly payments in the indicated amounts by the payment due dates shown on my statements you will send the Borrower until I have paid all of the principal and interest and any other charges I may owe under this Note.

3. Repayment Terms – My monthly payment will be established when my Repayment Period begins based on the rules in this Note. Depending on the repayment option that I have selected, the amounts shown on my monthly statements will be consecutive monthly installments of (i) principal and interest calculated each Change Date to equal the amount necessary to amortize the unpaid principal balance (including any capitalized Interest) of my Loan (as of the date of calculation) in equal monthly installments of principal and interest at the Variable Rate then in effect over the number of months remaining in the Repayment Period, or (ii) the interest then owing on my Loan Balance while I continue to be enrolled at the School on at least a half-time basis, up to a maximum of 48 months, (plus the number of months required to complete a residency, up to a cumulative total of 102 months) and calculated each Change Date, followed by payments of principal and interest as described in (i) for the full term of the Repayment Period. I also agree that I may change the payment option currently applicable to my Loan at any time during the Repayment Period as long as I do not make more than 24 interest-only payments during the Repayment Period. In order to change my payment option, I will give notice of the change and pay the amount due for the payment option I select, as shown on my monthly billing statement.

4. Minimum Repayment – Notwithstanding Paragraph E.3., I agree to pay at least $50 each month or the unpaid balance, whichever is less. I understand that this may result in my Loan being paid off in less than the full Repayment Period.

5. Amounts Owing at the End of the Repayment Period – Since interest accrues daily upon the unpaid principal balance of my Loan, if I make payments after my payment due dates, I may owe additional interest. If I have not paid my late charges, I will also owe additional amounts for those late charges. In such cases you will increase the amount of my last monthly payment to the amount necessary to repay my Loan in full.

6. Payments – Payments will be applied first to late charges, other fees and charges, accrued interest, and the remainder to principal.

7. Other Charges - If any part of a monthly payment remains unpaid for a period of more than 10 days after the payment due date, I will pay a late charge of 5% of the unpaid amount of the payment amount due or $10.00, whichever is less. I will also pay a NSF Fee of $15.00 for each payment on this Note returned for any reason, including but not limited to insufficient funds or stop payment order.

### F. LOAN ORIGINATION FEE
I will pay a loan origination fee to you at the time the loan proceeds are disbursed. The amount of the loan origination fee is equal to the disbursement amount multiplied by the fee percentage as disclosed to me on my Disclosure Statement. The amount of the loan origination fee will be added to the principal balance of my Loan. You may increase the amount I requested on my application by the amount necessary to pay the loan origination fee. If I prepay this loan in full or in part, I will not be entitled to any refund of any part of the loan origination fee unless otherwise required by applicable law.

### G. RIGHT TO PREPAY
I have the right to prepay all or any part of my loan at any time without penalty. Any partial prepayment will be credited against the principal of my Loan and will not reduce the next payment due on my Loan.

### H. FORBEARANCE
If I am unable to repay my Loan in accordance with the terms established under this Note, I may request that you modify these terms. I understand that such modification would be at your option. I understand that I will remain responsible for all interest accruing during any period of forbearance and that you will add any interest that I do not pay during any forbearance period to the principal balance as described in paragraph D.3. Any such forbearance would be in increments of three months up to a total of 24 months. Cosigner agrees that the borrower may be granted forbearance upon borrower's written or verbal request without obtaining consent from Cosigner.

### I. DEFAULT
To the extent permitted by applicable law, I will be in default and you have the right to give me notice that the whole outstanding principal balance, accrued interest, and all other amounts payable to you under the terms of this Note, are due and payable at once (subject to any applicable law which may give me a right to cure my default) if: (1) I have more than 1 full payment past due and this amount remains unpaid for more than 10 days after its due date, or I fail to pay my first or last payment within 40 days after such payment is due, (2) I die, (3) I break any of my other promises in this Note, (4) any bankruptcy proceeding is begun by or against me, or I assign any of my assets for the benefits of my creditors, or (5) I make any false statement in applying for this Loan or at any time during the Repayment Period. If I default, I will be required to pay interest on this Loan accruing after default. The interest rate after default will be subject to adjustment in the same manner as before default.

If I default, you may also, at your option, add all accrued and unpaid interest to the principal balance of my Loan upon such default.

### J. PRIVACY                                                            4928

1. You may report information about my account to credit bureaus. Late payments, missed payments or other defaults on my account may be reflected in my credit report.

2. I must update the information on my Application whenever you ask me to do so.
3. I authorize you from time to time to request and receive from others credit related information about me (and about my spouse if I live in a community property state).
4. I may refer to your Privacy Policy for an explanation of how you gather and share my information.

### K. ADDITIONAL AGREEMENTS
1. I understand that you are located in Wisconsin and that this Note will be entered into in the same state. CONSEQUENTLY, THE PROVISIONS OF THIS NOTE WILL BE GOVERNED BY FEDERAL LAW AND WISCONSIN LAW, WITHOUT REGARD TO CONFLICT OF LAW RULES.
2. The proceeds of this Loan will be used only for eligible education expenses at the school named in the Application. The cosigner, if any, will not receive any of the Loan proceeds.
3. To the extent permitted by applicable law, my responsibility for paying this Note is unaffected by the liability of any other person to me or by your failure to notify me that a required payment has not been made. You may delay, fail to exercise, or waive any of your rights on any occasion without losing your entitlement to exercise the right at any future time, or on any future occasion. You will not be obligated to make any demand upon me, send me any notice, present this Note to me for payment or make protest of non-payment to me before suing to collect on this Note if I am in default, and to the extent permitted by applicable law, I hereby waive any right I might otherwise have to require such actions. Without losing any of your rights under this Note, you may accept late payments or partial payments. **I will not send you partial payments marked "paid in full", "without recourse" or with other similar language unless those payments are marked for special handling and sent to AES/Paid in Full, P.O. Box 2251, Harrisburg, PA 17105-2251, or to such other address as I may be given in the future.**
4. I may not assign this Note or any of its benefits or obligations. You may assign this Note at any time.
5. The terms and conditions set forth in my Note (including the Application and Disclosure Statement) constitute the entire agreement between you and me.
6. If any provision of this Note is held invalid or unenforceable, that provision shall be considered omitted from this Note without affecting the validity or enforceability of the remainder of this Note.
7. A provision of this Note may only be modified if jointly agreed upon in writing by you and me. Any modification will not affect the validity or enforceability of the remainder of this Note.
8. I authorize my lender, subsequent holder, or their agents to: (1) advise the marketing agent that solicited me for a Loan of the status of this Application, (2) respond to inquiries from prior or subsequent lenders or holders with respect to this Note and related documents, (3) release information and make inquiries to the persons I have listed in my Loan Application as references, for the purposes of learning my current address and telephone number, and (4) verify my credit and employment history. I also authorize my creditors and my past, current or future employers to answer questions about their credit experience or work history with me.
9. Waiver by Lender: You waive (give up) any right to claim a security interest in any property to secure this Note. This does not affect any right to offset as a matter of law.
10. Dischargeability: I understand that my Loan may be subject to the limitations on dischargeability in bankruptcy established by Section 523(a)(8) of the U.S. Bankruptcy Code.

11. I understand that the amount of my Loan, if approved, will be the Loan amount approved by you plus any loan origination fee imposed in connection with my loan.

12. I authorize you and your agents to verify my social security number with the Social Security Administration (SSA) and, if the number on my loan record is incorrect, then I authorize SSA to disclose my correct social security number to these parties.

13. The Borrower authorizes the School to release, to you and other persons designated by you, any requested information pertinent to each Loan (e.g. enrollment status, prior loan history, and current address).

14. I agree that if I make payments due on my Loans through an automatic debit from my checking or savings account, you will reduce my Margin by 0.25 percentage points. I also agree that, if I have qualified for this Margin reduction, and if any three (3) payments that I make or authorize are returned or declined due to insufficient funds in my account, is made more than 10 days after the due date, or if I have canceled the automatic debits, you will increase my Margin by 0.25 percentage points.

15. I agree that if I make the first 36 payments that are due during the Repayment Period on or before their respective due dates, I can request you to release the Cosigner, if any, from the Cosigner's liability with respect to the Loan. I agree that you will release the Cosigner only if the Borrower qualifies for the Margin currently applicable to my Loan, as a creditworthy borrower under the Loan program rules at the time that the Borrower requests the Cosigner release.

16. You and I agree that this Note shall be deemed a credit agreement and shall not be considered a promissory note as defined in Article 3 of the Uniform Commercial Code as enacted in Wisconsin, or any other state, and that the transfer of this Note, the Loan or any interest therein, shall be governed by Article 9 of the Uniform Commercial Code as enacted in Wisconsin or any other state.

### L. NOTICES

1. I will send written notice to you, or any subsequent holder of this Note, within ten (10) days after any change in my name, address or enrollment status.

2. Any notice required to be given to me by you will be effective when mailed by first class mail to the latest address you have for me. Unless required by applicable law, you need not give a separate notice to the Cosigner, if any.

### M. CERTIFICATION OF BORROWER AND COSIGNER

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I certify that the information contained in my Application and Note is true, complete and correct to the best of my knowledge and belief and is made in good faith. I certify that the proceeds of this Loan will be used for educational loans as stated in the Application at the School named in the Application. I understand that I am responsible for repaying immediately any funds that I receive which were not to be used or which are not used for educational purposes for the academic period.

### N. NOTICE REGARDING FOREIGN LENDER

Should a foreign lender acquire this Note, all subsequent transfers of this Note shall be effected by (i) surrender of this instrument and the re-issuance by the lender of this instrument (containing terms of conditions substantially identical to this Note) to the new holder. If a foreign lender acquires this Note, the Note shall be a registered obligation as to all amounts payable hereunder and is intended to comply with the requirements of United States Treasury Regulation Section 5f.103-1(c)(1). The transfer of this instrument, subsequent to it being transferred to a foreign lender, by any means other than the method described in this paragraph shall be deemed void and ineffectual. Should a foreign lender acquire the Note, such foreign lender, as applicable, will timely issue to the Borrower a United States Internal Revenue Service Form W-8BEN, appropriately completed, establishing that the lender is exempt from withholding or deduction of income taxes on payments made under this Note.

### O. DISCLOSURE NOTICES

(For purposes of the following notices, the word "you" refers to the Borrower and the Cosigner, if applicable, not the lender)

NOTICE TO CONSUMER. 1. DO NOT SIGN THIS NOTE BEFORE YOU READ THIS NOTE. 2. YOU ARE ENTITLED TO A COPY OF THIS PAPER. 3. YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY AND MAY BE ENTITLED TO A REFUND OF UNEARNED CHARGES IN ACCORDANCE WITH LAW.

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER. ▇▇▇▇▇-4928

FOR ALABAMA RESIDENTS: CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

IOWA RESIDENTS: (For purposes of the following notice, the word "you" refers to the Borrower and the Cosigner, if applicable, not the lender) IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.

CALIFORNIA RESIDENTS: I have the right to prohibit the use of information contained in my credit file in connection with transactions not initiated by me. I may exercise this right by notifying the consumer credit reporting agency. A married applicant may apply for a separate account. If you take any adverse action as defined by Section 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, I have the right to obtain within 60 days a free copy of my consumer credit report from the consumer reporting agency who furnished you my consumer credit report and from any other consumer credit reporting agency which compiles and maintains files on consumers on a nationwide basis. I have the right as described by Section 1785.16 of the California Civil Code to dispute the accuracy or completeness of any information in a consumer credit report furnished by the consumer credit reporting agency.

NEW YORK, RHODE ISLAND AND VERMONT RESIDENTS: A consumer report (credit report) may be obtained from a consumer-reporting agency (credit bureau) in connection with this loan. If I request (1) I will be informed whether or not consumer reports were obtained, and (2) if reports were obtained, I will be informed of the names and addresses of the credit bureaus that furnished the reports. If you agree to make this loan to me, a consumer credit report may be requested or used in connection with renewals or extensions of any credit for which I have applied, reviewing my loan, taking collection action on my loan, or legitimate purposes associated with my loan.

MISSOURI RESIDENTS: Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect me (borrower(s)) and you (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.

NEVADA RESIDENTS: This is a loan for study.

NEW JERSEY RESIDENTS: The section headings of this Note are a table of contents and not contract terms. Portions of this Note with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Note, acts or practices (i) by you which are or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may or will be taken by you unless prohibited by "applicable law" are permitted by New Jersey law.

OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**WISCONSIN RESIDENTS: FOR WISCONSIN RESIDENTS – NOTICE TO CUSTOMER:**

(a) DO NOT SIGN THIS APPLICATION/PROMISSORY NOTE BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED.

(b) DO NOT SIGN THIS APPLICATION/PROMISSORY NOTE IF IT CONTAINS ANY BLANK SPACES.

(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.

(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

For married Wisconsin residents, my signature on this Note confirms that this loan obligation is being incurred in the interest of my marriage or family. No provision of any marital property agreement (pre-marital agreement), unilateral statement under Section 766.59 or court decree under Section 766.70 adversely affects the interest of the Lender unless the Lender, prior to the time that the loan is approved, is furnished with a copy of the agreement, statement, or decree or has actual knowledge of the adverse provision when the obligation to the Lender is incurred. If the loan for which I am applying is granted, my spouse will also receive notification that credit has been extended to me.

**P. STATE-SPECIFIC COSIGNER NOTICES:**

For the purposes of the following notices only, the words "you" and "your" refer to the Cosigner, where applicable, not to the lender.

**FOR OBLIGORS COSIGNING IN VERMONT – NOTICE TO COSIGNER:**
YOUR SIGNATURE ON THIS APPLICATION AND PROMISSORY NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.

**FOR OBLIGORS COSIGNING IN IOWA, NEW YORK AND SOUTH CAROLINA:**
NOTICE TO COSIGNER: You agree to pay the debt identified below although you may not personally receive any property, goods, services or money. You may be sued for payment although the person who receives the property, goods, services, or money is able to pay. You should know that the Total of Payments listed below does not include finance charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that may be stated in the Note or contract. You will also have to pay some or all of these costs and charges if the Note or contract, the payment of which you are guaranteeing requires the borrower to pay such costs and charges. If this debt is ever in default, that fact may become a part of your credit record. This notice is not the Note or contract that obligates you to pay the debt. Read the Note or contract, for the exact terms of your obligation.

IDENTIFICATION OF DEBT(S) YOU MAY HAVE TO PAY:

Name of Debtor: The Borrower and Cosigner identified on the first page of this Note.

Name of Creditor: Bank of Lake Mills.

Date: If the loan is disbursed by check, the date of the check. If the loan is disbursed electronically, the date the creditor transmits the funds.

Kind of Debt: Education loan.

Total of Payments: The Loan Amount Requested set forth on the first page of this Note (to the extent advanced), plus interest and the Loan Origination Fee set forth in this Note.

**FOR OBLIGORS COSIGNING IN WEST VIRGINIA: NOTICE TO COSIGNER:**

You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay it if you have to, and that you want to accept this responsibility. You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount. The creditor can collect this debt from you without first trying to collect from the borrower. The creditor can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become part of your credit record. This notice is not the contract that makes you liable for the debt

**FOR COSIGNORS COSIGNING IN CALIFORNIA:** 4928

NOTICE TO COSIGNER (Traduccion en Ingles Se Requiere Por La Ley):

You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount. The holder of the loan can collect this debt from you without first trying to collect from the borrower. The holder of the loan can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become part of your credit record.

This notice is not the contract that makes you liable for the debt.

AVISO PARA EL FIADOR (Spanish Translation Required by Law):

Se le está pidiendo que garantice esta deuda. Piénselo con cuidado antes de ponerse de acuerdo. Si la persona que ha pedido este préstamo no paga la deuda, usted tendrá que pagarla. Esté seguro de que usted podrá pagar si sea obligado a pagarla y de que usted desea aceptar la responsabilidad.

Si la persona que ha pedido el préstamo no paga la deuda, es posible que usted tenga que pagar la suma total de la deuda, mas los cargos por tardarse en el pago o el costo de cobranza, lo cual aumenta el total de esta suma.

El acreedor (financiero) puede cobrarle a usted sin, primeramente, tratar de cobrarle al deudor. Los mismos metodos de cobranza que pueden usarse contra el deudor, podran usarse contra usted, tales como presentar una demanda en corte, quitar parte de su sueldo, etc. Si alguna vez no se cumpla con la obligación de pagar esta deuda, se puede incluir esa información en la historia de credito de usted.

Este aviso no es el contrato mismo en que se le echa a usted la responsibilidad de la deuda.

## TRUTH-IN-LENDING DISCLOSURE STATEMENT

Lender: American Medical School of Antigua
Lender ID: 933584SF
Borrower ID: 6557759836

Date of Disclosure: October 6, 2013

AMIT B PATEL
54 N ALBERT ST
MOUNT PROSPECT IL 60056-2551

Please refer all questions or correspondence to:
American Medical School of Antigua
c/o American Education Services
1200 North Seventh Street
Harrisburg, PA 17102
or call (800) 233-0557

Co-Signer Name if applicable:

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate, which is subject to change. | The dollar amount the credit will cost you, which is subject to change. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled based on the current annual percentage rate, which may change. |
| 5.75% | $16,369.32 | $24,011.50 | $40,380.82 |

Your payment schedule will be:

| Number of Payments | Amount of Payment | When Payments are Due |
|---|---|---|
| 238 | $169.21 | Monthly beginning: 8/24/2013 |
| 1 | $167.13 | |

Late Charges: If payment is more than 10 days late, you will be charged a late charge of 5% of the unpaid amount of the payment or $10.00, whichever is less.

Prepayment: If you pay off early, you will not have to pay a penalty and you will not be entitled to a refund of part of the origination fee.

See the Promissory Note for any additional information about non-payment, default and any required repayment in full before the scheduled date.

 means an estimate

Itemization of Amount Financed:
Amount given to you directly .................................................. $0.00
Amount paid to others on your behalf ...................................... $19,500.00
Origination Fee .......................................................................... $0.00
Amount Financed ..................................................................... $24,011.50
Principal Balance of Loan ......................................................... $24,011.50

PLEASE CHECK THIS INFORMATION THOROUGHLY, IMMEDIATELY NOTIFYING US OF ANY DISCREPANCIES. PLEASE KEEP A COPY OF THIS DOCUMENT FOR YOUR RECORDS.