# EXHIBIT #2

Case 20-00272    Doc 1-3    Filed 08/06/20    Entered 08/06/20 14:57:16    Desc Exhibit #2    Page 1 of 13

# FEDERAL SCHOOL CODES

## For 2010-2011 Effective August 1, 2010

## Table of Contents

**Domestic**

| | Page |
|---|---|
| Alabama | 1 |
| Alaska | 2 |
| American Samoa | 3 |
| Arizona | 3 |
| Arkansas | 5 |
| California | 6 |
| Colorado | 20 |
| Connecticut | 23 |
| Delaware | 25 |
| District of Columbia | 25 |
| Federated States of Micronesia | 26 |
| Florida | 26 |
| Georgia | 33 |
| Guam | 37 |
| Hawaii | 37 |
| Idaho | 37 |
| Illinois | 38 |
| Indiana | 43 |
| Iowa | 46 |
| Kansas | 48 |
| Kentucky | 50 |
| Louisiana | 52 |
| Maine | 55 |
| Marianas Islands | 56 |
| Marshall Islands | 56 |
| Maryland | 56 |
| Massachusetts | 58 |
| Michigan | 62 |
| Minnesota | 66 |
| Mississippi | 69 |
| Missouri | 70 |
| Montana | 74 |
| Nebraska | 75 |
| Nevada | 76 |
| New Hampshire | 77 |
| New Jersey | 78 |
| New Mexico | 81 |
| New York | 82 |
| North Carolina | 92 |
| North Dakota | 95 |
| Ohio | 96 |
| Oklahoma | 103 |
| Oregon | 105 |
| Palau | 107 |
| Pennsylvania | 107 |
| Puerto Rico | 115 |

Rhode Island .................................................................................................................. 118
South Carolina ............................................................................................................... 118
South Dakota ................................................................................................................. 120
Tennessee ...................................................................................................................... 121
Texas ............................................................................................................................. 124
Utah ............................................................................................................................... 132
Vermont ......................................................................................................................... 133
Virgin Islands ................................................................................................................ 134
Virginia .......................................................................................................................... 134
Washington .................................................................................................................... 137
West Virginia ................................................................................................................ 139
Wisconsin ...................................................................................................................... 141
Wyoming ....................................................................................................................... 143

## International

Australia ........................................................................................................................ 144
Austria ........................................................................................................................... 144
Belgium ......................................................................................................................... 144
Bulgaria ......................................................................................................................... 145
Canada ........................................................................................................................... 145
China ............................................................................................................................. 147
Costa Rica ..................................................................................................................... 147
Czech Republic ............................................................................................................. 147
Denmark ........................................................................................................................ 147
Dominican Republic ..................................................................................................... 147
Egypt ............................................................................................................................. 147
England .......................................................................................................................... 147
Finland .......................................................................................................................... 151
France ............................................................................................................................ 151
Germany ........................................................................................................................ 152
Grenada ......................................................................................................................... 152
Hong Kong .................................................................................................................... 152
Hungary ......................................................................................................................... 152
Ireland ........................................................................................................................... 152
Israel .............................................................................................................................. 152
Italy ............................................................................................................................... 152
Japan .............................................................................................................................. 153
Lebanon ......................................................................................................................... 153
Mexico .......................................................................................................................... 153
New Zealand ................................................................................................................. 153
Nicaragua ...................................................................................................................... 153
Northern Ireland ............................................................................................................ 153
Norway .......................................................................................................................... 153
Philippines .................................................................................................................... 153
Poland ............................................................................................................................ 153
Qatar .............................................................................................................................. 153
Russia ............................................................................................................................ 153
Scotland ......................................................................................................................... 154
South Africa .................................................................................................................. 154
Spain .............................................................................................................................. 154
St. Maarten .................................................................................................................... 154
Sweden .......................................................................................................................... 154
Switzerland ................................................................................................................... 154
The Netherlands ............................................................................................................ 154
Wales ............................................................................................................................. 154

## SCOTLAND

EDINBURGH COLLEGE OF ART
LAURISTON PLACE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G12360

GLASGOW SCHOOL OF ART
167 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G25457

HERIOT WATT UNIVERSITY
RICCARTON
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G22739

NAPIER UNIVERSITY
CRAIGHLOCKHART CAMPUS
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G34184

QUEEN MARGARET UNIVERSITY COLLEGE,
QUEEN MARGARET UNIVERSITY DRIVE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G33494

ROBERT GORDON UNIVERSITY (THE)
SCHOOLHILL
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G31028

ROYAL SCOTTISH ACAD MUSIC & DRAMA
100 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G30887

UNIV OF DUNDEE
NETHERGATE
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G10664

UNIVERSITY OF ABERDEEN
REGENT WALK
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G09366

UNIVERSITY OF ABERTAY DUNDEE
KYDD BLDG, BELL ST
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G36743

UNIVERSITY OF EDINBURGH
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G06839

UNIVERSITY OF GLASGOW
**
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G08383

UNIVERSITY OF SAINT ANDREWS
79 NORTH STREET - SAINT ANDREW
SAINT ANDREWS, SCOTLAND
FEDERAL SCHOOL CODE: G08461

UNIVERSITY OF STIRLING
**
STIRLING, SCOTLAND
FEDERAL SCHOOL CODE: G10228

UNIVERSITY OF STRATHCLYDE
RICHMOND STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G09808

## SOUTH AFRICA

UNIVERSITY OF CAPE TOWN
LOVERS WALK RONDEBOSCH 7701
CAPE TOWN, SOUTH AFRICA
FEDERAL SCHOOL CODE: G10084

## SPAIN

IESE BUSINESS SCH, UNIV OF NAVARRA
AVENIDA PEARSON 21
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G21623

MIDDLEBURY COLLEGE - SPAIN
INSTITUTO INTERNACIONAL
MADRID, SPAIN
FEDERAL SCHOOL CODE: E01622

UNIVERSIDAD DE NAVARRA
RELACIONES INTERNACIONALES
PAMPLONA, SPAIN
FEDERAL SCHOOL CODE: G12540

UNIVERSITAT AUTONOMA DE BARCELONA
CAMPUS OF BELLATERRA
CERDANYOLA DEL VALLES, SPAIN
FEDERAL SCHOOL CODE: G36673

UNIVERSITAT JAUME I DE CASTELLO/UJI
CAMPUS DEL RIU SEC
CASTELLO DE LA PLANA, SPAIN
FEDERAL SCHOOL CODE: G36013

UNIVERSITAT POMPEU FABRA
BALMES, 132
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G36853

## ST. MAARTEN

AMERICAN UNIV OF THE CARIBBEAN
#1 UNIVERSITY DRIVE
CUPECOY, ST. MAARTEN
FEDERAL SCHOOL CODE: G22444

## SWEDEN

CHALMERS TEKNISKA HOGSKOLA AB
CHALMERSPLATSEN 4
GOTEBORG, SWEDEN
FEDERAL SCHOOL CODE: G30610

KUNGLIGA TEKNISKA HOGSKOLAN, KTH
VALHALLAUAGEN 79
STOCKHOLM, SWEDEN
FEDERAL SCHOOL CODE: G32743

LUND UNIVERSITY
BOX 117
LUND, SWEDEN
FEDERAL SCHOOL CODE: G10067

UPPSALA UNIVERSITY
UPPSALA UNIVERSITY PO BOX 256
UPPSALA, SWEDEN
FEDERAL SCHOOL CODE: G06713

## SWITZERLAND

CG JUNG INST
HORNWEG 28
KUSNACHT, SWITZERLAND
FEDERAL SCHOOL CODE: G10160

ECOLE HITELIERE DE LAUSANNE
ROUTE DE COJONNEX 18
LAUSANNE 25, SWITZERLAND
FEDERAL SCHOOL CODE: G12096

EUROPEAN GRADUATE SCHOOL
RINGACKER
LEUK STADT, SWITZERLAND
FEDERAL SCHOOL CODE: G35183

FRANKLIN COLLEGE SWITZERLAND
VIA PONTE TRESA 29
SORENGO, SWITZERLAND
FEDERAL SCHOOL CODE: G11683

ISAPZURICH (INTERNATIONAL SCHOOL OF
HOCHSTRASSE 38
8044 ZURICH, SWITZERLAND
FEDERAL SCHOOL CODE: G41214

UNIVERSITY OF GENEVA
UNI-DUFOUR
GENEVA, SWITZERLAND
FEDERAL SCHOOL CODE: G06715

## THE NETHERLANDS

NYENRODE BUSINESS UNIVERSITEIT
STRAATWEG 25
BREUKELEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22767

UNIVERSITEIT UTRECHT
BESTUURSGEBOUW
UTRECHT, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22695

UNIVERSITEIT VAN AMSTERDAM(UNIVERSI
SPUI 21
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G06377

UNIVERSITY OF GRONINGEN
BROERSTRAAT 5
GRONINGEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G21896

VRIJE UNIVERSITEIT AMSTERDAM
DE BOELELAAN 1105
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08376

## WALES

ABERYSTWYTH UNIVERSITY
OLD COLLEGE
ABERYSTWYTH, WALES
FEDERAL SCHOOL CODE: G08452

BANGOR UNIVERSITY
BANGOR
GWYNEDD, WALES
FEDERAL SCHOOL CODE: G10589

# FEDERAL SCHOOL CODES

# For 2011-2012 Effective August 1, 2011

## Table of Contents

**Domestic**

| | Page |
|---|---|
| Alabama | 1 |
| Alaska | 2 |
| American Samoa | 2 |
| Arizona | 2 |
| Arkansas | 5 |
| California | 6 |
| Colorado | 20 |
| Connecticut | 23 |
| Delaware | 25 |
| District of Columbia | 25 |
| Federated States of Micronesia | 26 |
| Florida | 26 |
| Georgia | 33 |
| Guam | 37 |
| Hawaii | 37 |
| Idaho | 37 |
| Illinois | 38 |
| Indiana | 44 |
| Iowa | 47 |
| Kansas | 49 |
| Kentucky | 51 |
| Louisiana | 53 |
| Maine | 56 |
| Marianas Islands | 57 |
| Marshall Islands | 57 |
| Maryland | 57 |
| Massachusetts | 59 |
| Michigan | 63 |
| Minnesota | 67 |
| Mississippi | 70 |
| Missouri | 71 |
| Montana | 75 |
| Nebraska | 76 |
| Nevada | 77 |
| New Hampshire | 77 |
| New Jersey | 78 |
| New Mexico | 82 |
| New York | 82 |
| North Carolina | 92 |
| North Dakota | 96 |
| Ohio | 96 |
| Oklahoma | 103 |
| Oregon | 106 |
| Palau | 107 |
| Pennsylvania | 107 |
| Puerto Rico | 115 |

Rhode Island ............................................................................................................................... 117
South Carolina ........................................................................................................................... 118
South Dakota ............................................................................................................................. 120
Tennessee .................................................................................................................................. 121
Texas ......................................................................................................................................... 124
Utah ........................................................................................................................................... 132
Vermont ..................................................................................................................................... 134
Virgin Islands ............................................................................................................................ 134
Virginia ..................................................................................................................................... 134
Washington ............................................................................................................................... 137
West Virginia ............................................................................................................................ 139
Wisconsin .................................................................................................................................. 141
Wyoming ................................................................................................................................... 143

## International

Australia ................................................................................................................................... 145
Austria ...................................................................................................................................... 145
Belgium .................................................................................................................................... 145
Bulgaria .................................................................................................................................... 145
Canada ...................................................................................................................................... 145
China ........................................................................................................................................ 147
Costa Rica ................................................................................................................................ 147
Czech Republic ........................................................................................................................ 147
Denmark ................................................................................................................................... 147
Dominican Republic ................................................................................................................ 147
Egypt ........................................................................................................................................ 148
England ..................................................................................................................................... 148
France ....................................................................................................................................... 152
Germany ................................................................................................................................... 152
Grenada .................................................................................................................................... 152
Hong Kong ............................................................................................................................... 152
Hungary .................................................................................................................................... 152
Ireland ...................................................................................................................................... 152
Israel ......................................................................................................................................... 152
Italy .......................................................................................................................................... 153
Lebanon .................................................................................................................................... 153
Mexico ..................................................................................................................................... 153
New Zealand ............................................................................................................................ 153
Nicaragua ................................................................................................................................. 153
Northern Ireland ....................................................................................................................... 153
Norway ..................................................................................................................................... 153
Philippines ............................................................................................................................... 153
Poland ...................................................................................................................................... 153
Qatar ........................................................................................................................................ 154
Scotland ................................................................................................................................... 154
South Africa ............................................................................................................................ 154
Spain ........................................................................................................................................ 154
St. Maarten .............................................................................................................................. 154
Sweden .................................................................................................................................... 154
Switzerland .............................................................................................................................. 154
The Netherlands ...................................................................................................................... 154
Wales ....................................................................................................................................... 155

## QATAR

CARNEGIE MELLON UNIVERSITY - QATAR
EDUCATION CITY
DOHA, QATAR
FEDERAL SCHOOL CODE: E01184

## RUSSIA

EUROPEAN UNIVERSITY AT ST. PETERSBU
3 GAGARINSKAYA ST.
ST. PETERSBURG, RUSSIA
FEDERAL SCHOOL CODE: G41682

## SCOTLAND

EDINBURGH COLLEGE OF ART
LAURISTON PLACE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G12360

GLASGOW CALEDONIAN UNIVERSITY
70 COWCADDEN ROAD
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G33423

GLASGOW SCHOOL OF ART
167 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G25457

HERIOT WATT UNIVERSITY
RICCARTON
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G22739

NAPIER UNIVERSITY
CRAIGHLOCKHART CAMPUS
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G34184

ROBERT GORDON UNIVERSITY (THE)
SCHOOLHILL
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G31028

ROYAL SCOTTISH ACAD MUSIC & DRAMA
100 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G30887

UNIV OF DUNDEE
NETHERGATE
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G10864

UNIVERSITY OF ABERDEEN
REGENT WALK
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G09368

UNIVERSITY OF ABERTAY DUNDEE
KYDD BLDG, BELL ST
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G36743

UNIVERSITY OF EDINBURGH
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G06839

UNIVERSITY OF GLASGOW
\*\*
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G08383

UNIVERSITY OF SAINT ANDREWS
79 NORTH STREET - SAINT ANDREW
SAINT ANDREWS, SCOTLAND
FEDERAL SCHOOL CODE: G08461

UNIVERSITY OF STIRLING
\*\*
STIRLING, SCOTLAND
FEDERAL SCHOOL CODE: G10228

UNIVERSITY OF STRATHCLYDE
RICHMOND STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G09608

## SOUTH AFRICA

UNIVERSITY OF CAPE TOWN
LOVERS WALK RONDEBOSCH 7701
CAPE TOWN, SOUTH AFRICA
FEDERAL SCHOOL CODE: G10084

## SPAIN

IESE BUSINESS SCH, UNIV OF NAVARRA
AVENIDA PEARSON 21
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G21623

UNIVERSIDAD DE NAVARRA
RELACIONES INTERNACIONALES
PAMPLONA, SPAIN
FEDERAL SCHOOL CODE: G12540

UNIVERSITAT JAUME I DE CASTELLO/UJI
CAMPUS DEL RIU SEC
CASTELLO DE LA PLANA, SPAIN
FEDERAL SCHOOL CODE: G36013

## ST. MAARTEN

AMERICAN UNIV OF THE CARIBBEAN
#1 UNIVERSITY DRIVE
CUPECOY, ST. MAARTEN
FEDERAL SCHOOL CODE: G22444

## SWEDEN

CHALMERS TEKNISKA HOGSKOLA AB
CHALMERSPLATSEN 4
GOTEBORG, SWEDEN
FEDERAL SCHOOL CODE: G30610

LUND UNIVERSITY
BOX 117
LUND, SWEDEN
FEDERAL SCHOOL CODE: G10067

UPPSALA UNIVERSITY
UPPSALA UNIVERSITY PO BOX 256
UPPSALA, SWEDEN
FEDERAL SCHOOL CODE: G06713

## SWITZERLAND

CG JUNG INST
HORNWEG 28
KUSNACHT, SWITZERLAND
FEDERAL SCHOOL CODE: G10160

ECOLE HoTELIERE DE LAUSANNE
ROUTE DE COJONNEX 18
LAUSANNE 25, SWITZERLAND
FEDERAL SCHOOL CODE: G12096

EUROPEAN GRADUATE SCHOOL
RINGACKER
LEUK STADT, SWITZERLAND
FEDERAL SCHOOL CODE: G35183

FRANKLIN COLLEGE SWITZERLAND
VIA PONTE TRESA 29
SORENGO, SWITZERLAND
FEDERAL SCHOOL CODE: G11683

ISAPZURICH (INTERNATIONAL SCHOOL OF
HOCHSTRASSE 38
8044 ZURICH, SWITZERLAND
FEDERAL SCHOOL CODE: G41214

UNIVERSITY OF GENEVA
UNI-DUFOUR
GENEVA, SWITZERLAND
FEDERAL SCHOOL CODE: G06715

## THE NETHERLANDS

NYENRODE BUSINESS UNIVERSITEIT
STRAATWEG 25
BREUKELEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22767

UNIVERSITEIT UTRECHT
BESTUURSGEBOUW
UTRECHT, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22095

UNIVERSITEIT VAN AMSTERDAM(UNIVERSI
SPUI 21
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08377

UNIVERSITY OF GRONINGEN
BROERSTRAAT 5
GRONINGEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G21896

VRIJE UNIVERSITEIT AMSTERDAM
DE BOELELAAN 1105
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08376

## WALES

ABERYSTWYTH UNIVERSITY
OLD COLLEGE
ABERYSTWYTH, WALES
FEDERAL SCHOOL CODE: G08452

BANGOR UNIVERSITY
BANGOR
GWYNEDD, WALES
FEDERAL SCHOOL CODE: G10589

# FEDERAL SCHOOL CODES

# For 2012-2013 Effective August 1, 2012

## Table of Contents

**Domestic**

| | Page |
|---|---|
| Alabama | 1 |
| Alaska | 2 |
| American Samoa | 2 |
| Arizona | 2 |
| Arkansas | 5 |
| California | 6 |
| Colorado | 21 |
| Connecticut | 23 |
| Delaware | 25 |
| District of Columbia | 26 |
| Federated States of Micronesia | 26 |
| Florida | 26 |
| Georgia | 34 |
| Guam | 37 |
| Hawaii | 37 |
| Idaho | 38 |
| Illinois | 39 |
| Indiana | 45 |
| Iowa | 47 |
| Kansas | 49 |
| Kentucky | 51 |
| Louisiana | 54 |
| Maine | 57 |
| Marianas Islands | 57 |
| Marshall Islands | 57 |
| Maryland | 57 |
| Massachusetts | 59 |
| Michigan | 64 |
| Minnesota | 68 |
| Mississippi | 70 |
| Missouri | 71 |
| Montana | 76 |
| Nebraska | 76 |
| Nevada | 77 |
| New Hampshire | 78 |
| New Jersey | 79 |
| New Mexico | 82 |
| New York | 83 |
| North Carolina | 93 |
| North Dakota | 96 |
| Ohio | 97 |
| Oklahoma | 104 |
| Oregon | 106 |
| Palau | 108 |
| Pennsylvania | 108 |
| Puerto Rico | 115 |

Rhode Island ................................................................................................................................ 118
South Carolina ............................................................................................................................ 119
South Dakota .............................................................................................................................. 121
Tennessee ................................................................................................................................... 121
Texas .......................................................................................................................................... 125
Utah ............................................................................................................................................ 133
Vermont ...................................................................................................................................... 134
Virgin Islands ............................................................................................................................. 135
Virginia ...................................................................................................................................... 135
Washington ................................................................................................................................ 138
West Virginia ............................................................................................................................. 140
Wisconsin ................................................................................................................................... 142
Wyoming .................................................................................................................................... 144

## International

Australia .................................................................................................................................... 145
Austria ....................................................................................................................................... 145
Belgium ..................................................................................................................................... 145
Bulgaria ..................................................................................................................................... 145
Canada ....................................................................................................................................... 145
China ......................................................................................................................................... 147
Costa Rica ................................................................................................................................. 147
Czech Republic ......................................................................................................................... 147
Denmark .................................................................................................................................... 147
Dominican Republic .................................................................................................................. 147
Egypt ......................................................................................................................................... 148
England ...................................................................................................................................... 148
France ........................................................................................................................................ 152
Germany .................................................................................................................................... 152
Grenada ..................................................................................................................................... 152
Hong Kong ................................................................................................................................ 152
Hungary ..................................................................................................................................... 152
Ireland ....................................................................................................................................... 152
Israel .......................................................................................................................................... 152
Italy ........................................................................................................................................... 152
Lebanon ..................................................................................................................................... 153
Mexico ....................................................................................................................................... 153
New Zealand ............................................................................................................................. 153
Nicaragua .................................................................................................................................. 153
Northern Ireland ....................................................................................................................... 153
Norway ..................................................................................................................................... 153
Philippines ................................................................................................................................ 153
Poland ....................................................................................................................................... 153
Qatar ......................................................................................................................................... 153
Russia ........................................................................................................................................ 153
Scotland .................................................................................................................................... 154
South Africa ............................................................................................................................. 154
Spain ......................................................................................................................................... 154
St. Kitts-Nevis .......................................................................................................................... 154
St. Maarten ............................................................................................................................... 154
Sweden ..................................................................................................................................... 154
Switzerland ............................................................................................................................... 154
The Netherlands ....................................................................................................................... 154
Wales ........................................................................................................................................ 154

## SCOTLAND

GLASGOW CALEDONIAN UNIVERSITY
70 COWCADDEN ROAD
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G33423

GLASGOW SCHOOL OF ART
167 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G25457

HERIOT WATT UNIVERSITY
RICCARTON
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G22739

NAPIER UNIVERSITY
CRAIGLOCKHART CAMPUS
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G34184

QUEEN MARGARET UNIVERSITY, EDINBURG
QUEEN MARGARET UNIVERSITY DRIVE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G33494

ROBERT GORDON UNIVERSITY (THE)
SCHOOLHILL
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G31028

ROYAL SCOTTISH ACAD MUSIC & DRAMA
100 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G30067

UNIV OF DUNDEE
NETHERGATE
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G10064

UNIVERSITY OF ABERDEEN
REGENT WALK
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G09368

UNIVERSITY OF ABERTAY DUNDEE
KYDD BLDG, BELL ST
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G36743

UNIVERSITY OF EDINBURGH
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G06839

UNIVERSITY OF EDINBURGH - EDINBURGH
LAURISTON PLACE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G12360

UNIVERSITY OF GLASGOW
**
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: C08383

UNIVERSITY OF SAINT ANDREWS
79 NORTH STREET - SAINT ANDREW
SAINT ANDREWS, SCOTLAND
FEDERAL SCHOOL CODE: G08461

UNIVERSITY OF STIRLING
**
STIRLING, SCOTLAND
FEDERAL SCHOOL CODE: G10228

UNIVERSITY OF STRATHCLYDE
RICHMOND STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G09808

## SOUTH AFRICA

UNIVERSITY OF CAPE TOWN
LOVERS WALK RONDEBOSCH 7701
CAPE TOWN, SOUTH AFRICA
FEDERAL SCHOOL CODE: G10084

UNIVERSITY OF THE WITWATERSRAND
1 JAN SMUTS AVE
JOHANNESBURG, SOUTH AFRICA
FEDERAL SCHOOL CODE: G11214

## SPAIN

ESCUELA SUPERIOR ADMINISTRACION Y D
AVENIDA DE PEDRALBES 60-62
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G24930

IESE BUSINESS SCH, UNIV OF NAVARRA
AVENIDA PEARSON 21
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G21623

UNIVERSIDAD DE NAVARRA
RELACIONES INTERNACIONALES
PAMPLONA, SPAIN
FEDERAL SCHOOL CODE: G12540

UNIVERSITAT JAUME I DE CASTELLO/UJI
CAMPUS DEL RIU SEC
CASTELLO DE LA PLANA, SPAIN
FEDERAL SCHOOL CODE: G36013

## ST. KITTS-NEVIS

INTERNATIONAL UNIVERSITY OF NURSING
CAMPS
BASSETERRE, ST. KITTS-NEVIS
FEDERAL SCHOOL CODE: G41718

## ST. MAARTEN

AMERICAN UNIV OF THE CARIBBEAN
#1 UNIVERSITY DRIVE
CUPECOY, ST. MAARTEN
FEDERAL SCHOOL CODE: G22444

## SWEDEN

CHALMERS TEKNISKA HOGSKOLA AB
CHALMERSPLATSEN 4
GOTEBORG, SWEDEN
FEDERAL SCHOOL CODE: G30610

LUND UNIVERSITY
BOX 117
LUND, SWEDEN
FEDERAL SCHOOL CODE: G10067

UPPSALA UNIVERSITY
UPPSALA UNIVERSITY PO BOX 256
UPPSALA, SWEDEN
FEDERAL SCHOOL CODE: G06713

## SWITZERLAND

CG JUNG INST
HORNWEG 28
KUSNACHT, SWITZERLAND
FEDERAL SCHOOL CODE: G10160

ECOLE HoTELIERE DE LAUSANNE
ROUTE DE COJONNEX 18
LAUSANNE 25, SWITZERLAND
FEDERAL SCHOOL CODE: G12096

EUROPEAN GRADUATE SCHOOL
RINGACKER
LEUK STADT, SWITZERLAND
FEDERAL SCHOOL CODE: G35183

FRANKLIN COLLEGE SWITZERLAND
VIA PONTE TRESA 29
SORENGO, SWITZERLAND
FEDERAL SCHOOL CODE: G11683

UNIVERSITY OF GENEVA
UNI-DUFOUR
GENEVA, SWITZERLAND
FEDERAL SCHOOL CODE: G06715

## THE NETHERLANDS

NYENRODE BUSINESS UNIVERSITEIT
STRAATWEG 25
BREUKELEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22767

UNIVERSITEIT UTRECHT
BESTUURSGEBOUW
UTRECHT, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22695

UNIVERSITEIT VAN AMSTERDAM(UNIVERSI
SPUI 21
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G06377

UNIVERSITY OF GRONINGEN
BROERSTRAAT 5
GRONINGEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G21896

VRIJE UNIVERSITEIT AMSTERDAM
DE BOELELAAN 1105
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08376

## WALES

ABERYSTWYTH UNIVERSITY
OLD COLLEGE
ABERYSTWYTH, WALES
FEDERAL SCHOOL CODE: G08452

BANGOR UNIVERSITY
BANGOR
GWYNEDD, WALES
FEDERAL SCHOOL CODE: G10589

# FEDERAL SCHOOL CODES

## For 2013-2014 Effective August 1, 2013

### Table of Contents

**Domestic**

| | Page |
|---|---|
| Alabama | 1 |
| Alaska | 2 |
| American Samoa | 2 |
| Arizona | 2 |
| Arkansas | 5 |
| California | 6 |
| Colorado | 21 |
| Connecticut | 23 |
| Delaware | 25 |
| District of Columbia | 26 |
| Federated States of Micronesia | 27 |
| Florida | 27 |
| Georgia | 34 |
| Guam | 37 |
| Hawaii | 38 |
| Idaho | 38 |
| Illinois | 39 |
| Indiana | 45 |
| Iowa | 47 |
| Kansas | 49 |
| Kentucky | 51 |
| Louisiana | 54 |
| Maine | 57 |
| Marianas Islands | 57 |
| Marshall Islands | 57 |
| Maryland | 58 |
| Massachusetts | 60 |
| Michigan | 64 |
| Minnesota | 68 |
| Mississippi | 70 |
| Missouri | 72 |
| Montana | 76 |
| Nebraska | 76 |
| Nevada | 77 |
| New Hampshire | 78 |
| New Jersey | 79 |
| New Mexico | 82 |
| New York | 83 |
| North Carolina | 93 |
| North Dakota | 97 |
| Ohio | 97 |
| Oklahoma | 104 |
| Oregon | 106 |
| Palau | 108 |
| Pennsylvania | 108 |
| Puerto Rico | 115 |

Rhode Island .................................................................................................................. 118
South Carolina ............................................................................................................... 119
South Dakota ................................................................................................................. 121
Tennessee ....................................................................................................................... 121
Texas .............................................................................................................................. 125
Utah ................................................................................................................................ 133
Vermont .......................................................................................................................... 134
Virgin Islands ................................................................................................................. 135
Virginia ........................................................................................................................... 135
Washington ..................................................................................................................... 138
West Virginia .................................................................................................................. 140
Wisconsin ........................................................................................................................ 142
Wyoming ......................................................................................................................... 144

## International

Australia ......................................................................................................................... 145
Austria ............................................................................................................................ 145
Belgium .......................................................................................................................... 145
Bulgaria .......................................................................................................................... 145
Canada ............................................................................................................................ 145
China .............................................................................................................................. 147
Costa Rica ...................................................................................................................... 147
Czech Republic .............................................................................................................. 147
Denmark ......................................................................................................................... 147
Dominican Republic ...................................................................................................... 147
Egypt .............................................................................................................................. 148
England ........................................................................................................................... 148
France ............................................................................................................................. 151
Germany ......................................................................................................................... 152
Grenada .......................................................................................................................... 152
Hong Kong ..................................................................................................................... 152
Hungary .......................................................................................................................... 152
Ireland ............................................................................................................................. 152
Israel ............................................................................................................................... 152
Italy ................................................................................................................................. 152
Lebanon .......................................................................................................................... 153
Mexico ............................................................................................................................ 153
New Zealand .................................................................................................................. 153
Nicaragua ....................................................................................................................... 153
Northern Ireland ............................................................................................................. 153
Norway ........................................................................................................................... 153
Philippines ...................................................................................................................... 153
Poland ............................................................................................................................. 153
Qatar ............................................................................................................................... 153
Russia ............................................................................................................................. 153
Scotland .......................................................................................................................... 153
South Africa ................................................................................................................... 154
Spain ............................................................................................................................... 154
St. Kitts-Nevis ................................................................................................................ 154
St. Maarten ..................................................................................................................... 154
Sweden ........................................................................................................................... 154
Switzerland ..................................................................................................................... 154
The Netherlands ............................................................................................................. 154
Wales .............................................................................................................................. 154

Case 20-00272   Doc 1-3   Filed 08/06/20   Entered 08/06/20 14:57:16   Desc Exhibit
#2   Page 13 of 18
Federal School Codes - International

SCOTLAND                                                                                                   WALES

## SCOTLAND

UNIV OF DUNDEE
NETHERGATE
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G10864

UNIVERSITY OF ABERDEEN
REGENT WALK
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G09368

UNIVERSITY OF ABERTAY DUNDEE
KYDD BLDG, BELL ST
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G36743

UNIVERSITY OF EDINBURGH
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G06839

UNIVERSITY OF GLASGOW
**
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G06383

UNIVERSITY OF SAINT ANDREWS
79 NORTH STREET - SAINT ANDREW
SAINT ANDREWS, SCOTLAND
FEDERAL SCHOOL CODE: G08461

UNIVERSITY OF STIRLING
**
STIRLING, SCOTLAND
FEDERAL SCHOOL CODE: G10228

UNIVERSITY OF STRATHCLYDE
RICHMOND STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G09808

## SOUTH AFRICA

UNIVERSITY OF CAPE TOWN
LOVERS WALK RONDEBOSCH 7701
CAPE TOWN, SOUTH AFRICA
FEDERAL SCHOOL CODE: G10064

UNIVERSITY OF THE WITWATERSRAND
1 JAN SMUTS AVE
JOHANNESBURG, SOUTH AFRICA
FEDERAL SCHOOL CODE: G11214

## SPAIN

ESCUELA SUPERIOR ADMINISTRACION Y D
AVENIDA DE PEDRALBES 60-62
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G24930

IESE BUSINESS SCH, UNIV OF NAVARRA
AVENIDA PEARSON 21
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G21623

UNIVERSIDAD DE NAVARRA
RELACIONES INTERNACIONALES
PAMPLONA, SPAIN
FEDERAL SCHOOL CODE: G12540

UNIVERSITAT JAUME I DE CASTELLO/UJI
CAMPUS DEL RIU SEC
CASTELLO DE LA PLANA, SPAIN
FEDERAL SCHOOL CODE: G36013

## ST. MAARTEN

AMERICAN UNIV OF THE CARIBBEAN
#1 UNIVERSITY DRIVE
CUPECOY, ST. MAARTEN
FEDERAL SCHOOL CODE: G22444

## SWEDEN

LUND UNIVERSITY
BOX 117
LUND, SWEDEN
FEDERAL SCHOOL CODE: G10067

UPPSALA UNIVERSITY
UPPSALA UNIVERSITY PO BOX 256
UPPSALA, SWEDEN
FEDERAL SCHOOL CODE: G06713

## SWITZERLAND

CG JUNG INST
HORNWEG 28
KUSNACHT, SWITZERLAND
FEDERAL SCHOOL CODE: G10160

ECOLE HôTELIERE DE LAUSANNE
ROUTE DE COJONNEX 18
LAUSANNE 25, SWITZERLAND
FEDERAL SCHOOL CODE: G12096

EUROPEAN GRADUATE SCHOOL
RINGACKER
LEUK STADT, SWITZERLAND
FEDERAL SCHOOL CODE: G35183

FRANKLIN COLLEGE SWITZERLAND
VIA PONTE TRESA 29
SORENGO, SWITZERLAND
FEDERAL SCHOOL CODE: G11683

UNIVERSITY OF GENEVA
UNI-DUFOUR
GENEVA, SWITZERLAND
FEDERAL SCHOOL CODE: G06715

## THE NETHERLANDS

NYENRODE BUSINESS UNIVERSITEIT
STRAATWEG 25
BREUKELEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22767

UNIVERSITEIT UTRECHT
BESTUURSGEBOUW
UTRECHT, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22095

UNIVERSITEIT VAN AMSTERDAM(UNIVERSI
SPUI 21
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08377

UNIVERSITY OF GRONINGEN
BROERSTRAAT 5
GRONINGEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G21896

VRIJE UNIVERSITEIT AMSTERDAM
DE BOELELAAN 1105
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08376

## WALES

ABERYSTWYTH UNIVERSITY
OLD COLLEGE
ABERYSTWYTH, WALES
FEDERAL SCHOOL CODE: G08452

BANGOR UNIVERSITY
BANGOR
GWYNEDD, WALES
FEDERAL SCHOOL CODE: G10589

CARDIFF UNIVERSITY
FINANCE OFFICE, PO BOX 497,
CARDIFF, WALES
FEDERAL SCHOOL CODE: G10157

ROYAL WELSH COLLEGE OF MUSIC AND DR
CASTLE GROUNDS, CATHAYS PARK
CARDIFF, WALES
FEDERAL SCHOOL CODE: G34783

SWANSEA UNIVERSITY
ACADEMIC REGISTRY
SWANSEA, WALES
FEDERAL SCHOOL CODE: G08586

UNIVERSITY OF GLAMORGAN
LLANTWIT ROAD, TREFOREST
PONTYPRIDD, WALES
FEDERAL SCHOOL CODE: G35473

UNIVERSITY OF WALES - ST DAVID'S UN
LAMPETER
CARDIGANSHIRE, WALES
FEDERAL SCHOOL CODE: G12341

UNIVERSITY OF WALES, NEWPORT
LODGE ROAD
NEWPORT, WALES
FEDERAL SCHOOL CODE: G37163