**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **18–31397**
**AMIT B. PATEL**

Debtor

Adversary Proceeding No. **20–00272**
**AMIT B. PATEL**

Plaintiff

v.

**AMERICAN EDUCATION SERVICES**
**BANK OF LAKE MILLS ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** AMERICAN UNIVERSITY OF ANTIGUA

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Rae Kaplan** |
| **25 East Washington St.** |
| **Suite 1501** |
| **Chicago, IL 60602** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | |
|---|---|---|
| | **Dirksen Federal Building** | |
| | **219 South Dearborn** | **Status Hearing Date and Time** |
| | **Courtroom 613** | **09/24/2020 at 09:30AM** |
| | **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08 / 06 / 2020

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

NB 2012

PATEL VS AMERICAN EDUCATION
SERVICES, BANK OF LAKE MILLS,
AMERICAN UNIVERSITY OF ANTIGUA     Adv Proc No: **20-00272**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, __Rae Kaplan__, certify that service of this summons and a copy of the complaint was made __8/6/2020__ by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: See attached Service List

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __8/6/2020__     Signature __/s/ Rae Kaplan__

Print Name: __Rae Kaplan__

Business Address: Kaplan Bankruptcy Firm LLC
25 East Washington St. Suite 1501
Chicago, IL 60602

**PATEL 18-31397 VS AMERICAN EDUCATION SERVICES, BANK OF LAKE MILLS,
AMERICAN UNIVERSITY OF ANTIGUA
ADVERSARY CASE 20-00272**
Service List

Amit B. Patel
874 Forest Glen Court IL
Bartlett, IL 60103

Catherine L. Steege, ESQ (via electronic notice)
Jenner & Block
1 IBM Plaza, Ste. 3800
Chicago, IL 60611

Office of The U.S. Trustee (via electronic notice)
219 S. Dearborn, Street, Ste. 873
Chicago, IL 60604

AES
PO Box 2461
Harrisburg, PA 17105

AES
1200 N. Seventh St.
Harrisburg, PA 17102-1444

Ed Invest
33 Bassett Lane
Hyannis, MA 02601

Weltman, Weinberg & Reis
3705 Mariana Drive
Grove City, OH 43123

Navient
123 Justison Street  3rd Floor
Wilmington, DE 19801

Weltman, Weinberg & Reis
180 North LaSalle, Ste. 2400
Chicago, IL 60601

American Education Services
P.O. Box 65093
Baltimore, MD 21264-5093e

Education Investment Company LLC
33 Bassett Lane
Hyannis MA 02601

AES
P.O. Box 2251
Harrisburg, PA 17105-2251

Fox Rothchild LLP
222 South 9th Street Suite 2000
Minneapolis, MN 55402

American University of Antigua
Attn: Len Sclafani
One Battery Park Plaza 33rd Floor
New York, NY 10004

American University of Antigua
Attn: Financial Aid Office
One Battery Park Plaza 33rd Floor
New York, NY 10004

American University of Antigua
One Battery Park Plaza 33rd Floor
New York, NY 10004

American University of Antigua
Attn: Registrar's Office
One Battery Park Plaza 33rd Floor
New York, NY 10004

Corporation Trust Company LLC
Corporation Trust Ctr
1209 Orange Street,
Wilmington DE 19801

Education Investment Company LLC
2401 International Lane
Madison WI 53704

Pennyslvania Higher Education Assistance
1200 N 7TH ST
HARRISBURG PA 17102-1419 Dauphin

James P. Hoff
American Education Services
2447 ARDSLEY AVE
GLENSIDE PA 19038-0 Montgomery

Bank of Lake Mills Corporate
Headquarters
136 E Madison Street •
Lake Mills, WI  53551

Bank of Lake Mills
400 Bernard Street
Watertown, Wisconsin 53094