# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Amit B. Patel v American Education Services, Bank of Lake Mills & Am. U of Antigua

Case Number: Chapter 7; 18-31397; Adv. Pro. No. 20-00272

An appearance is hereby filed by the undersigned as attorney for:

American Education Services

Attorney name (type or print): Daniel R. Campbell

Firm: McDermott Will & Emery LLP

Street address: 444 West Lake Street, Suite 4000

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6312473
(See item 3 in instructions)

Telephone Number: 312-984-2167

Email Address: dcampbell@mwe.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ Daniel R. Campbell

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015