IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Amit B. Patel | ) | 18-31397 |
| | ) | Hon. Deborah L. Thorne |
| | ) | Trustee: Marilyn O. Marshall |
| Debtor, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Amit B. Patel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 20-00272 |
| V. | ) | |
| | ) | |
| American Education Services, Bank of Lake | ) | |
| Mills and American University of Antigua | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF STIPULATED MOTION FOR EXTENSION OF TIME**

TO: All parties of record in the above-captioned adversary proceeding

PLEASE TAKE NOTICE that on Thursday September 17, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Deborah L. Thorne or any other judge sitting in her stead in Courtroom 613 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the *Stipulated Motion for Extension of Time to Answer or Otherwise Plead*, a copy of which is attached hereto and

herewith served upon you.

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: September 1, 2020                MCDERMOTT WILL & EMERY LLP
                                        By: /s/ *Daniel R. Campbell*

                                        MCDERMOTT WILL & EMERY LLP
                                        444 West Lake Street
                                        Chicago, Illinois 60606
                                        Telephone: (312) 984-2167
                                        Facsimile: (312) 984-7700
                                        dcampbell@mwe.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| Amit B. Patel | ) 18-31397 |
| | ) Hon. Deborah L. Thorne |
| | ) Trustee: Marilyn O. Marshall |
| Debtor, | ) |
| | ) |
| | ) |
| | ) |
| Amit B. Patel | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Pro. No. 20-00272 |
| V. | ) |
| | ) |
| American Education Services, Bank of Lake | ) |
| Mills and American University of Antigua | ) |
| | ) |
| Defendant. | ) |

**STIPULATED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

American Education Services ("AES"), defendant in the above-captioned adversary proceeding, by and through its undersigned counsel, hereby moves (the "*Motion*") for entry of an Order, substantially in the form attached hereto as Exhibit A, extending the time by which AES must answer, move against, or otherwise respond to the above-captioned *Adversary Complaint* [Adv. Dkt. No. 1-1] (the "*Complaint*"), up to and including October 8, 2020. In support of this Motion, AES respectfully states as follows:

1. On August 6, 2020, Plaintiff Ami B. Patel ("Plaintiff") initiated this adversary proceeding by filing the Complaint. (Adv. Dkt. No. 1-1.)

2. Pursuant to Federal Rule of Bankruptcy Procedure 7012(a), AES is required to answer or otherwise respond to the Complaint by September 8, 2020. *See* Fed. R. Bankr. P.; (Adv. Dkt. No. 2.)

3. Pursuant to Federal Rule of Bankruptcy Procedure 9006, when an act is required to be done within a specified period, the Court may, for cause shown and in its discretion, "order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order." Fed. R. Bankr. P. 9006(b)(1). Thus, AES timely seeks this extension before the current deadline expires.

4. AES seeks an extension of time to answer or otherwise move or plead to and including October 8, 2020.

5. AES contacted Plaintiff's counsel and conferred on the request to extend the deadline for AES to answer or otherwise move or plead to and including October 8, 2020, and Plaintiff, through counsel, stipulates and agrees to this proposed extension of time.

WHEREFORE, AES respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit A, extending the time by which AES must answer, move against, or otherwise respond to the Complaint up to and including October 8, 2020, without prejudice to him seeking further extension.

Dated: September 1, 2020          MCDERMOTT WILL & EMERY LLP
By: /s/ Daniel R. Campbell

MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois 60606

Telephone: (312) 984-2167
Facsimile: (312) 984-7700
dcampbell@mwe.com

*Counsel for American Education Services*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Amit B. Patel | ) | 18-31397 |
| | ) | Hon. Deborah L. Thorne |
| | ) | Trustee: Marilyn O. Marshall |
| Debtor, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Amit B. Patel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 20-00272 |
| V. | ) | |
| | ) | |
| American Education Services, Bank of Lake Mills and American University of Antigua | ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Daniel Campbell, an attorney, certify that on September 1, 2020, I caused a true and Correct copy of the foregoing **NOTICE OF STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** and **STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served in accordance with the Administrative Procedures for the Case Management / Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Illinois to all counsel of record in the above-captioned adversary proceeding.

Dated: September 1, 2020

MCDERMOTT WILL & EMERY LLP
By: /s/ Daniel R. Campbell

MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois 60606
Telephone: (312) 984-2167

Facsimile: (312) 984-7700
dcampbell@mwe.com

*Counsel for American Education Services*