UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Amit B. Patel<br><br>Debtor(s)<br><br>Amit B. Patel<br><br>Plaintiff(s)<br><br>American Education Services, Bank of Lake Mills and American University of Antigua<br><br>Defendant(s) | BK No.: 18-31397<br><br>Chapter: 7<br><br>Honorable Deborah L. Thorne<br><br>Adv. No.: 20-00272 |

**Order Extending Deadline to Answer, Move or Otherwise Respond to Complaint**

Upon the stipulated motion ("Motion") of Defendant American Education Services ("AES") for entry of an Order (this "Order") extending the time by which AES must answer, move against, or otherwise respond to the above-captioned adversary complaint (Adv. Dkt. No. 1-1) (the "Complaint"), up to an including October 8, 2020; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and there being no objection to the relief requested therein; and after due deliberation thereon and good and sufficient cause appearing thereof, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.
2. The deadline by which AES must file an answer, move against, or otherwise respond to the Complaint is extended through and including October 8, 2020, without prejudice to AES seeking further extension.
3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.
4. This case will be set for (telephonic) status to be held on October 15, 2020, at 9:30 a.m.

Enter: /s/ Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: September 17, 2020

**Prepared by:**

MCDERMOTT WILL & EMERY LLP
By: /s/ Daniel R. Campbell

MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois 60606
Telephone: (312) 984-2167