IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Amit B. Patel | ) | 18-31397 |
| | ) | Hon. Deborah L. Thorne |
| | ) | Trustee: Marilyn O. Marshall |
| Debtor, | ) | |
| | ) | |
| Amit B. Patel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 20A 00272 |
| v. | ) | |
| | ) | |
| American Education Services, Bank of Lake Mills and American University of Antigua | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF OBJECTION

See Attached Service List:

Please take notice that on October 20, 2020 , the debtor filed an Objection to American Education Services, Bank of Lake Mills and American University of Antigua scheduled for October 22, 2020 at 9:00am in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois 60604 before her Honor, Judge Deborah L. Thorne in Courtroom 613, or before any other Judge who may be presiding in her/his place and stead, at which time and place you may appear if you so desire. The debtor is respectfully requesting that the court not grant the motion in advance without a hearing

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted.  To appear and be heard on the motion,  you must do the following

**To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or

1-646-828- 7666.  Then enter the meeting ID.

**Meeting ID and password**.  The meeting ID for this hearing is 160 9362 1728 – there is no password required.  The meeting ID and further information can also be found on Judge Thorne's web page on the Court's web site

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the Motion will be called on the presentment date.  If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing

Dated:  October 20, 2020    /s/ Raffy A. Kaplan
Raffy A. Kaplan
Attorney for Debtor

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989

CERTIFICATE OF SERVICE

I, Raffy A. Kaplan , an attorney, certify that a copy of this Notice of Objection was served upon the parties listed in the attached service list including debtor(s), trustee and all creditors by causing same to mailed in a properly addressed envelope, postage prepaid from the U.S. Postal Office Box at  25 East Washington St. Chicago, IL 60602 before 5:00 pm on October 20, 2020 unless a copy was provided electronically by the Bankruptcy Court.

/s/*Raffy A. Kaplan*
Raffy A. Kaplan
Attorney for Debtor

**Service List**

Amit B. Patel   (By Regular Mail)
874 Forest Glen Court IL
Bartlett, IL 60103

Catherine L. Steege, ESQ (via electronic notice)
Jenner & Block
1 IBM Plaza, Ste. 3800
Chicago, IL 60611

Office of The U.S. Trustee (via electronic notice)
219 S. Dearborn, Room 873
Chicago, IL 60604

Daniel R Campbell  (via electronic notice)
McDermott Will Emery
444 West Lake Street
Chicago, IL 60606

Emilie O'Toole  (via electronic notice)
McDermott Will Emery
444 W. Lake Street
Suite 4000
Chicago, IL 60607

Bank of Lake Mills By (by Regular Mail)
136 East Madison Street
Lake Mills, Wisconsin 53551

American University of Antigua (by Regular Mail)
Attn: Len Sclafani
One Battery Park Plaza, 33rd Floor
New York, New York 10004

AES   (by Regular Mail)
PO Box 2461
Harrisburg, PA 17105

AES (by Regular Mail)
1200 N. Seventh St.
Harrisburg, PA 17102-1444


Ed Invest (by Regular Mail)
33 Bassett Lane
Hyannis, MA 02601

Weltman, Weinberg & Reis (by Regular Mail)
3705 Mariana Drive
Grove City, OH 43123

Navient (by Regular Mail)
123 Justison Street  3rd Floor
Wilmington, DE 19801

Weltman, Weinberg & Reis (by Regular Mail)
180 North LaSalle, Ste. 2400
Chicago, IL 60601

American Education Services (by Regular Mail)
P.O. Box 65093
Baltimore, MD 21264-5093e

Education Investment Company LLC (by Regular Mail)
33 Bassett Lane
Hyannis MA 02601

AES (by Regular Mail)
P.O. Box 2251
Harrisburg, PA 17105-2251

Fox Rothchild LLP  (by Regular Mail)
222 South 9th Street Suite 2000
Minneapolis, MN 55402

American University of Antigua (by Regular Mail)
Attn: Len Sclafani
One Battery Park Plaza 33rd Floor
New York, NY 10004

American University of Antigua (by Regular Mail)
Attn: Registrar's Office
One Battery Park Plaza 33rd Floor
New York, NY 10004

Corporation Trust Company LLC (by Regular Mail)
Corporation Trust Ctr
1209 Orange Street,
Wilmington DE 19801

Education Investment Company LLC (by Regular Mail)
2401 International Lane
Madison WI 53704

Pennyslvania Higher Education  Assistance (by Regular Mail)
1200 N 7TH ST
HARRISBURG PA 17102-1419 Dauphin

James P. Hoff (by Regular Mail)
American Education Services
2447 ARDSLEY AVE
GLENSIDE PA 19038-0 Montgomery

Bank of Lake Mills (by Regular Mail)
400 Bernard Street
Watertown, Wisconsin 53094