UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Amit B. Patel | ) | BK No.: 18-31397 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| Debtor(s)<br>Amit B. Patel | ) | Adv. No.: 20-00272 |
| Plaintiff(s)<br>American Education Services, Bank of Lake Mills and American University of Antigua | ) | |
| Defendant(s) | ) | |

**Order Granting Motion to Strike**

Upon the motion ("Motion") of defendant American Education Services ("AES") for entry of an Order striking the Complaint of plaintiff Amit B. Patel (Dkt. No. 1-1) (the "Complaint"); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion and all papers heretofore filed and the proceedings heretofore had herein and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon and good and sufficient cause appearing thereof,

IT IS HEREBY ORDERED that:

1. The Motion is granted as set forth herein.

2. The Complaint is stricken with leave to amend within fourteen (14) days of entry of this Order.  And;

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  October 22, 2020

**Prepared by:**

Defendant American Education Services