IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Amit B. Patel | ) | 18-31397 |
| | ) | Hon. Deborah L. Thorne |
| | ) | Trustee: Catherine L. Steege, |
| Debtor, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Amit B. Patel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 20A 00272 |
| v. | ) | |
| | ) | |
| American Education Services, Bank of Lake | ) | |
| Mills and American University of Antigua | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION TO EXTEND DEADLINE TO FILE
AMENDED ADVERSARY COMPLAINT**

TO: All parties of record in the above-captioned adversary proceeding

PLEASE TAKE NOTICE that, on November 12, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Deborah L. Thorne or any other judge sitting in her stead, and then and there present the Motion to Extend Deadline to file Amended Adversary Complaint, a copy of which is attached hereto and herewith served upon you.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 160 9362 1728 – there is no password required.

**The meeting ID and further information can also be found on Judge Thorne's web page** on the Court's web site.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing.

Dated: November 4, 2020                                   Respectfully Submitted:

                                                                 */s/Raffy A. Kaplan*
                                                                 Raffy A. Kaplan
                                                                  Attorney for Debtor

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Amit B. Patel ) | 18-31397 |
| ) | Hon. Deborah L. Thorne |
| ) | Trustee: Catherine L. Steege, |
| Debtor, ) | |
| ) | |
| ) | |
| ) | |
| Amit B. Patel ) | |
| ) | |
| Plaintiff, ) | |
| ) | 20A 00272 |
| v. ) | |
| ) | |
| American Education Services, Bank of Lake ) | |
| Mills and American University of Antigua ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE TO
AMEND ADVERSARY COMPLAINT**

Plaintiff, Amit B. Patel by his counsel, Raffy A. Kaplan, hereby moves this Court to Extend Plaintiff's Motion to Extend Deadline to Amend Adversary Complaint, the Debtor respectfully states as follows:

1. On August 6, 2020, the debtor filed the complaint seeking to Determine Dischargeability of debt under 11 U.S.C. § 523(a)(8).
2. On September 17, 2020 an Order Granting Motion to Extend Time filed by defendant's counsel to respond to the adversary complaint;
3. On October 22, 2020 an Order Granting Motion to Strike was granted in regards to the defendants motion striking the adversary complaint with leave to amend adversary complaint within fourteen (14) days of entry of this order;
4. Plaintiff's counsel has had a family emergency out of town and is requesting until November 20, 2020 to file an amended adversary complaint;
5. Plaintiff is requesting extending the deadline to November 20, 2020 to file an amended adversary complaint;

6. Defendant shall file its reply on or before December 18, 2020;

7. On December 10, 2020 at 2:30pm a status hearing is scheduled on the plaintiff's amended complaint

WHEREFORE for the reason set forth above, the plaintiff respectfully, requests that this Court Enter an Order Extending Plaintiff's Motion to Extend Deadline to file an Amended Compliant and granting such other and further relief as this Court deems just and equitable.

Dated: November 4, 2020                                            Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Raffy A. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Raffy A. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Attorney for Debtor

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Amit B. Patel | ) | 18-31397 |
| | ) | Hon. Deborah L. Thorne |
| | ) | Trustee: Catherine L. Steege, |
| Debtor, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Amit B. Patel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 20A 00272 |
| v. | ) | |
| | ) | |
| American Education Services, Bank of Lake Mills and American University of Antigua | ) ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

Raffy A. Kaplan certifies that service of the above and foregoing notice and attached pleadings was accomplished in the manner indicated on this the 4th day of November 2020.

*/s/ Raffy A. Kaplan*

Via CM/ECF Mail and Email:
- David D. Campbell: dcampbell@mwe.com
- Emily O'Toole: eotoole@mwe.com
- Catherine L. Steege: csteege@jenner.com

Via Regular Mail:
Amit B. Patel
874 Forest Glen Court IL
Bartlett, IL 60103

Office of The U.S. Trustee
219 S. Dearborn, Street, Ste. 873
Chicago, IL 60604

AES
PO Box 2461
Harrisburg, PA 17105

AES
1200 N. Seventh St.
Harrisburg, PA 17102-1444

Ed Invest
33 Bassett Lane
Hyannis, MA 02601

Weltman, Weinberg & Reis
3705 Mariana Drive
Grove City, OH 43123

Navient
123 Justison Street  3rd Floor
Wilmington, DE 19801

Weltman, Weinberg & Reis
180 North LaSalle, Ste. 2400
Chicago, IL 60601

American Education Services
P.O. Box 65093
Baltimore, MD 21264-5093e

Education Investment Company LLC
33 Bassett Lane
Hyannis MA 02601

AES
P.O. Box 2251
Harrisburg, PA 17105-2251




Fox Rothchild LLP
222 South 9th Street Suite 2000
Minneapolis, MN 55402

American University of Antigua
Attn: Len Sclafani
One Battery Park Plaza 33rd Floor
New York, NY 10004

American University of Antigua
Attn: Financial Aid Office
One Battery Park Plaza 33rd Floor
New York, NY 10004

American University of Antigua
One Battery Park Plaza 33rd Floor
New York, NY 10004

American University of Antigua
Attn: Registrar's Office
One Battery Park Plaza 33rd Floor
New York, NY 10004

Corporation Trust Company LLC
Corporation Trust Ctr
1209 Orange Street,
Wilmington DE 19801

Education Investment Company LLC
2401 International Lane
Madison WI 53704

Pennyslvania Higher Education  Assistance
1200 N 7TH ST
HARRISBURG PA 17102-1419 Dauphin

James P. Hoff
American Education Services
2447 ARDSLEY AVE
GLENSIDE PA 19038-0 Montgomery

Bank of Lake Mills Corporate
Headquarters
136 E Madison Street •
Lake Mills, WI   53551

Bank of Lake Mills
400 Bernard Street
Watertown, Wisconsin 53094