UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Amit B. Patel<br><br><br>Debtor(s)<br>Amit B. Patel<br><br>Plaintiff(s)<br>American Education Services, Bank of Lake Mills and American University of Antigua<br><br>Defendant(s) | BK No.: 18-31397<br>Chapter: 7<br>Honorable Deborah L. Thorne<br><br>Adv. No.: 20-00272 |

**Order Extending Deadline to Amend Adveersary**

This matter coming to be heard on the motion of debtors' attorney, Raffy A. Kaplan not individually but solely as the plaintiff's counsel for the bankruptcy estate of Amit B. Patel (the "Motion"); due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein; and

2. Plaintiff's Motion to Extend Deadline to file an Amended Adversary Compliant is extended to November 20, 2020;

3. Defendant shall file its reply on or before December 18, 2020;

4. Status January 7, 2021 at 9:30 a.m.

Enter:  *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 12, 2020

**Prepared by:**

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989