# EXHIBIT #2

# FEDERAL SCHOOL CODES

## For 2010-2011 Effective August 1, 2010

### Table of Contents

**Domestic**

| | Page |
|---|---|
| Alabama | 1 |
| Alaska | 2 |
| American Samoa | 3 |
| Arizona | 3 |
| Arkansas | 5 |
| California | 6 |
| Colorado | 20 |
| Connecticut | 23 |
| Delaware | 25 |
| District of Columbia | 25 |
| Federated States of Micronesia | 26 |
| Florida | 26 |
| Georgia | 33 |
| Guam | 37 |
| Hawaii | 37 |
| Idaho | 37 |
| Illinois | 38 |
| Indiana | 43 |
| Iowa | 46 |
| Kansas | 48 |
| Kentucky | 50 |
| Louisiana | 52 |
| Maine | 55 |
| Marianas Islands | 56 |
| Marshall Islands | 56 |
| Maryland | 56 |
| Massachusetts | 58 |
| Michigan | 62 |
| Minnesota | 66 |
| Mississippi | 69 |
| Missouri | 70 |
| Montana | 74 |
| Nebraska | 75 |
| Nevada | 76 |
| New Hampshire | 77 |
| New Jersey | 78 |
| New Mexico | 81 |
| New York | 82 |
| North Carolina | 92 |
| North Dakota | 95 |
| Ohio | 96 |
| Oklahoma | 103 |
| Oregon | 105 |
| Palau | 107 |
| Pennsylvania | 107 |
| Puerto Rico | 115 |

Rhode Island .......................................................................................................... 118
South Carolina ..................................................................................................... 118
South Dakota ....................................................................................................... 120
Tennessee ............................................................................................................ 121
Texas .................................................................................................................... 124
Utah ..................................................................................................................... 132
Vermont ............................................................................................................... 133
Virgin Islands ...................................................................................................... 134
Virginia ................................................................................................................ 134
Washington .......................................................................................................... 137
West Virginia ...................................................................................................... 139
Wisconsin ............................................................................................................ 141
Wyoming ............................................................................................................. 143

## International

Australia ............................................................................................................. 144
Austria ................................................................................................................. 144
Belgium ............................................................................................................... 144
Bulgaria ............................................................................................................... 145
Canada ................................................................................................................. 145
China ................................................................................................................... 147
Costa Rica ........................................................................................................... 147
Czech Republic ................................................................................................... 147
Denmark .............................................................................................................. 147
Dominican Republic ........................................................................................... 147
Egypt ................................................................................................................... 147
England ............................................................................................................... 147
Finland ................................................................................................................ 151
France .................................................................................................................. 151
Germany .............................................................................................................. 152
Grenada ............................................................................................................... 152
Hong Kong .......................................................................................................... 152
Hungary ............................................................................................................... 152
Ireland ................................................................................................................. 152
Israel ................................................................................................................... 152
Italy ..................................................................................................................... 152
Japan .................................................................................................................... 153
Lebanon ............................................................................................................... 153
Mexico ................................................................................................................ 153
New Zealand ....................................................................................................... 153
Nicaragua ............................................................................................................ 153
Northern Ireland .................................................................................................. 153
Norway ................................................................................................................ 153
Philippines .......................................................................................................... 153
Poland ................................................................................................................. 153
Qatar .................................................................................................................... 153
Russia .................................................................................................................. 153
Scotland .............................................................................................................. 154
South Africa ........................................................................................................ 154
Spain .................................................................................................................... 154
St. Maarten .......................................................................................................... 154
Sweden ................................................................................................................ 154
Switzerland ......................................................................................................... 154
The Netherlands .................................................................................................. 154
Wales ................................................................................................................... 154

## SCOTLAND

EDINBURGH COLLEGE OF ART
LAURISTON PLACE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G12360

GLASGOW SCHOOL OF ART
167 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G25457

HERIOT WATT UNIVERSITY
RICCARTON
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G22739

NAPIER UNIVERSITY
CRAIGHLOCKHART CAMPUS
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G34184

QUEEN MARGARET UNIVERSITY COLLEGE,
QUEEN MARGARET UNIVERSITY DRIVE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G33494

ROBERT GORDON UNIVERSITY (THE)
SCHOOLHILL
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G31028

ROYAL SCOTTISH ACAD MUSIC & DRAMA
100 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G30887

UNIV OF DUNDEE
NETHERGATE
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G10664

UNIVERSITY OF ABERDEEN
REGENT WALK
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G09366

UNIVERSITY OF ABERTAY DUNDEE
KYDD BLDG, BELL ST
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G36743

UNIVERSITY OF EDINBURGH
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G06839

UNIVERSITY OF GLASGOW
**
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G08383

UNIVERSITY OF SAINT ANDREWS
79 NORTH STREET - SAINT ANDREW
SAINT ANDREWS, SCOTLAND
FEDERAL SCHOOL CODE: G08461

UNIVERSITY OF STIRLING
**
STIRLING, SCOTLAND
FEDERAL SCHOOL CODE: G10228

UNIVERSITY OF STRATHCLYDE
RICHMOND STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G09808

## SOUTH AFRICA

UNIVERSITY OF CAPE TOWN
LOVERS WALK RONDEBOSCH 7701
CAPE TOWN, SOUTH AFRICA
FEDERAL SCHOOL CODE: G10084

## SPAIN

IESE BUSINESS SCH, UNIV OF NAVARRA
AVENIDA PEARSON 21
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G21623

MIDDLEBURY COLLEGE - SPAIN
INSTITUTO INTERNACIONAL
MADRID, SPAIN
FEDERAL SCHOOL CODE: E01622

UNIVERSIDAD DE NAVARRA
RELACIONES INTERNACIONALES
PAMPLONA, SPAIN
FEDERAL SCHOOL CODE: G12540

UNIVERSITAT AUTONOMA DE BARCELONA
CAMPUS OF BELLATERRA
CERDANYOLA DEL VALLES, SPAIN
FEDERAL SCHOOL CODE: G36673

UNIVERSITAT JAUME I DE CASTELLO/UJI
CAMPUS DEL RIU SEC
CASTELLO DE LA PLANA, SPAIN
FEDERAL SCHOOL CODE: G36013

UNIVERSITAT POMPEU FABRA
BALMES, 132
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G36853

## ST. MAARTEN

AMERICAN UNIV OF THE CARIBBEAN
#1 UNIVERSITY DRIVE
CUPECOY, ST. MAARTEN
FEDERAL SCHOOL CODE: G22444

## SWEDEN

CHALMERS TEKNISKA HOGSKOLA AB
CHALMERSPLATSEN 4
GOTEBORG, SWEDEN
FEDERAL SCHOOL CODE: G30610

KUNGLIGA TEKNISKA HOGSKOLAN, KTH
VALHALLAUAGEN 79
STOCKHOLM, SWEDEN
FEDERAL SCHOOL CODE: G32743

LUND UNIVERSITY
BOX 117
LUND, SWEDEN
FEDERAL SCHOOL CODE: G10067

UPPSALA UNIVERSITY
UPPSALA UNIVERSITY PO BOX 256
UPPSALA, SWEDEN
FEDERAL SCHOOL CODE: G06713

## SWITZERLAND

CG JUNG INST
HORNWEG 28
KUSNACHT, SWITZERLAND
FEDERAL SCHOOL CODE: G10160

ECOLE HITELIERE DE LAUSANNE
ROUTE DE COJONNEX 18
LAUSANNE 25, SWITZERLAND
FEDERAL SCHOOL CODE: G12096

EUROPEAN GRADUATE SCHOOL
RINGACKER
LEUK STADT, SWITZERLAND
FEDERAL SCHOOL CODE: G35183

FRANKLIN COLLEGE SWITZERLAND
VIA PONTE TRESA 29
SORENGO, SWITZERLAND
FEDERAL SCHOOL CODE: G11683

ISAPZURICH (INTERNATIONAL SCHOOL OF
HOCHSTRASSE 38
8044 ZURICH, SWITZERLAND
FEDERAL SCHOOL CODE: G41214

UNIVERSITY OF GENEVA
UNI-DUFOUR
GENEVA, SWITZERLAND
FEDERAL SCHOOL CODE: G06715

## THE NETHERLANDS

NYENRODE BUSINESS UNIVERSITEIT
STRAATWEG 25
BREUKELEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22767

UNIVERSITEIT UTRECHT
BESTUURSGEBOUW
UTRECHT, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22895

UNIVERSITEIT VAN AMSTERDAM(UNIVERSI
SPUI 21
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G06377

UNIVERSITY OF GRONINGEN
BROERSTRAAT 5
GRONINGEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G21896

VRIJE UNIVERSITEIT AMSTERDAM
DE BOELELAAN 1105
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08376

## WALES

ABERYSTWYTH UNIVERSITY
OLD COLLEGE
ABERYSTWYTH, WALES
FEDERAL SCHOOL CODE: G08452

BANGOR UNIVERSITY
BANGOR
GWYNEDD, WALES
FEDERAL SCHOOL CODE: G10589

# FEDERAL SCHOOL CODES

# For 2011-2012 Effective August 1, 2011

## Table of Contents

**Domestic**

| | Page |
|---|---|
| Alabama | 1 |
| Alaska | 2 |
| American Samoa | 2 |
| Arizona | 2 |
| Arkansas | 5 |
| California | 6 |
| Colorado | 20 |
| Connecticut | 23 |
| Delaware | 25 |
| District of Columbia | 25 |
| Federated States of Micronesia | 26 |
| Florida | 26 |
| Georgia | 33 |
| Guam | 37 |
| Hawaii | 37 |
| Idaho | 37 |
| Illinois | 38 |
| Indiana | 44 |
| Iowa | 47 |
| Kansas | 49 |
| Kentucky | 51 |
| Louisiana | 53 |
| Maine | 56 |
| Marianas Islands | 57 |
| Marshall Islands | 57 |
| Maryland | 57 |
| Massachusetts | 59 |
| Michigan | 63 |
| Minnesota | 67 |
| Mississippi | 70 |
| Missouri | 71 |
| Montana | 75 |
| Nebraska | 76 |
| Nevada | 77 |
| New Hampshire | 77 |
| New Jersey | 78 |
| New Mexico | 82 |
| New York | 82 |
| North Carolina | 92 |
| North Dakota | 96 |
| Ohio | 96 |
| Oklahoma | 103 |
| Oregon | 106 |
| Palau | 107 |
| Pennsylvania | 107 |
| Puerto Rico | 115 |

Rhode Island ................................................................................................................. 117
South Carolina ............................................................................................................. 118
South Dakota ............................................................................................................... 120
Tennessee .................................................................................................................... 121
Texas ........................................................................................................................... 124
Utah ............................................................................................................................. 132
Vermont ....................................................................................................................... 134
Virgin Islands .............................................................................................................. 134
Virginia ....................................................................................................................... 134
Washington ................................................................................................................. 137
West Virginia .............................................................................................................. 139
Wisconsin .................................................................................................................... 141
Wyoming ..................................................................................................................... 143

## International

Australia ...................................................................................................................... 145
Austria ......................................................................................................................... 145
Belgium ....................................................................................................................... 145
Bulgaria ....................................................................................................................... 145
Canada ........................................................................................................................ 145
China ........................................................................................................................... 147
Costa Rica ................................................................................................................... 147
Czech Republic ........................................................................................................... 147
Denmark ...................................................................................................................... 147
Dominican Republic ................................................................................................... 147
Egypt ........................................................................................................................... 148
England ....................................................................................................................... 148
France .......................................................................................................................... 152
Germany ...................................................................................................................... 152
Grenada ....................................................................................................................... 152
Hong Kong .................................................................................................................. 152
Hungary ....................................................................................................................... 152
Ireland ......................................................................................................................... 152
Israel ........................................................................................................................... 152
Italy ............................................................................................................................. 153
Lebanon ....................................................................................................................... 153
Mexico ........................................................................................................................ 153
New Zealand ............................................................................................................... 153
Nicaragua .................................................................................................................... 153
Northern Ireland .......................................................................................................... 153
Norway ........................................................................................................................ 153
Philippines .................................................................................................................. 153
Poland ......................................................................................................................... 153
Qatar ............................................................................................................................ 154
Scotland ...................................................................................................................... 154
South Africa ................................................................................................................ 154
Spain ........................................................................................................................... 154
St. Maarten .................................................................................................................. 154
Sweden ........................................................................................................................ 154
Switzerland ................................................................................................................. 154
The Netherlands .......................................................................................................... 154
Wales ........................................................................................................................... 155

## QATAR

CARNEGIE MELLON UNIVERSITY - QATAR
EDUCATION CITY
DOHA, QATAR
FEDERAL SCHOOL CODE: E01184

## RUSSIA

EUROPEAN UNIVERSITY AT ST. PETERSBU
3 GAGARINSKAYA ST.
ST. PETERSBURG, RUSSIA
FEDERAL SCHOOL CODE: G41682

## SCOTLAND

EDINBURGH COLLEGE OF ART
LAURISTON PLACE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G12360

GLASGOW CALEDONIAN UNIVERSITY
70 COWCADDEN ROAD
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G33423

GLASGOW SCHOOL OF ART
167 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G25457

HERIOT WATT UNIVERSITY
RICCARTON
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G22739

NAPIER UNIVERSITY
CRAIGHLOCKHART CAMPUS
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G34184

ROBERT GORDON UNIVERSITY (THE)
SCHOOLHILL
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G31028

ROYAL SCOTTISH ACAD MUSIC & DRAMA
100 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G30887

UNIV OF DUNDEE
NETHERGATE
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G10864

UNIVERSITY OF ABERDEEN
REGENT WALK
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G09368

UNIVERSITY OF ABERTAY DUNDEE
KYDD BLDG, BELL ST
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G36743

UNIVERSITY OF EDINBURGH
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G06839

UNIVERSITY OF GLASGOW
**
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G08383

UNIVERSITY OF SAINT ANDREWS
79 NORTH STREET - SAINT ANDREW
SAINT ANDREWS, SCOTLAND
FEDERAL SCHOOL CODE: G08461

UNIVERSITY OF STIRLING
**
STIRLING, SCOTLAND
FEDERAL SCHOOL CODE: G10228

UNIVERSITY OF STRATHCLYDE
RICHMOND STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G09608

## SOUTH AFRICA

UNIVERSITY OF CAPE TOWN
LOVERS WALK RONDEBOSCH 7701
CAPE TOWN, SOUTH AFRICA
FEDERAL SCHOOL CODE: G10084

## SPAIN

IESE BUSINESS SCH, UNIV OF NAVARRA
AVENIDA PEARSON 21
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G21623

UNIVERSIDAD DE NAVARRA
RELACIONES INTERNACIONALES
PAMPLONA, SPAIN
FEDERAL SCHOOL CODE: G12540

UNIVERSITAT JAUME I DE CASTELLO/UJI
CAMPUS DEL RIU SEC
CASTELLO DE LA PLANA, SPAIN
FEDERAL SCHOOL CODE: G36013

## ST. MAARTEN

AMERICAN UNIV OF THE CARIBBEAN
#1 UNIVERSITY DRIVE
CUPECOY, ST. MAARTEN
FEDERAL SCHOOL CODE: G22444

## SWEDEN

CHALMERS TEKNISKA HOGSKOLA AB
CHALMERSPLATSEN 4
GOTEBORG, SWEDEN
FEDERAL SCHOOL CODE: G30610

LUND UNIVERSITY
BOX 117
LUND, SWEDEN
FEDERAL SCHOOL CODE: G10067

UPPSALA UNIVERSITY
UPPSALA UNIVERSITY PO BOX 256
UPPSALA, SWEDEN
FEDERAL SCHOOL CODE: G06713

## SWITZERLAND

CG JUNG INST
HORNWEG 28
KUSNACHT, SWITZERLAND
FEDERAL SCHOOL CODE: G10160

ECOLE HôTELIERE DE LAUSANNE
ROUTE DE COJONNEX 18
LAUSANNE 25, SWITZERLAND
FEDERAL SCHOOL CODE: G12096

EUROPEAN GRADUATE SCHOOL
RINGACKER
LEUK STADT, SWITZERLAND
FEDERAL SCHOOL CODE: G35183

FRANKLIN COLLEGE SWITZERLAND
VIA PONTE TRESA 29
SORENGO, SWITZERLAND
FEDERAL SCHOOL CODE: G11683

ISAPZURICH (INTERNATIONAL SCHOOL OF
HOCHSTRASSE 38
8044 ZURICH, SWITZERLAND
FEDERAL SCHOOL CODE: G41214

UNIVERSITY OF GENEVA
UNI-DUFOUR
GENEVA, SWITZERLAND
FEDERAL SCHOOL CODE: G06715

## THE NETHERLANDS

NYENRODE BUSINESS UNIVERSITEIT
STRAATWEG 25
BREUKELEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22767

UNIVERSITEIT UTRECHT
BESTUURSGEBOUW
UTRECHT, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22095

UNIVERSITEIT VAN AMSTERDAM(UNIVERSI
SPUI 21
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08377

UNIVERSITY OF GRONINGEN
BROERSTRAAT 5
GRONINGEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G21896

VRIJE UNIVERSITEIT AMSTERDAM
DE BOELELAAN 1105
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08376

## WALES

ABERYSTWYTH UNIVERSITY
OLD COLLEGE
ABERYSTWYTH, WALES
FEDERAL SCHOOL CODE: G08452

BANGOR UNIVERSITY
BANGOR
GWYNEDD, WALES
FEDERAL SCHOOL CODE: G10589

# FEDERAL SCHOOL CODES

# For 2012-2013 Effective August 1, 2012

## Table of Contents

**Domestic**

| | Page |
|---|---|
| Alabama | 1 |
| Alaska | 2 |
| American Samoa | 2 |
| Arizona | 2 |
| Arkansas | 5 |
| California | 6 |
| Colorado | 21 |
| Connecticut | 23 |
| Delaware | 25 |
| District of Columbia | 26 |
| Federated States of Micronesia | 26 |
| Florida | 26 |
| Georgia | 34 |
| Guam | 37 |
| Hawaii | 37 |
| Idaho | 38 |
| Illinois | 39 |
| Indiana | 45 |
| Iowa | 47 |
| Kansas | 49 |
| Kentucky | 51 |
| Louisiana | 54 |
| Maine | 57 |
| Marianas Islands | 57 |
| Marshall Islands | 57 |
| Maryland | 57 |
| Massachusetts | 59 |
| Michigan | 64 |
| Minnesota | 68 |
| Mississippi | 70 |
| Missouri | 71 |
| Montana | 76 |
| Nebraska | 76 |
| Nevada | 77 |
| New Hampshire | 78 |
| New Jersey | 79 |
| New Mexico | 82 |
| New York | 83 |
| North Carolina | 93 |
| North Dakota | 96 |
| Ohio | 97 |
| Oklahoma | 104 |
| Oregon | 106 |
| Palau | 108 |
| Pennsylvania | 108 |
| Puerto Rico | 115 |

Rhode Island ............................................................................................................................. 118
South Carolina ......................................................................................................................... 119
South Dakota ........................................................................................................................... 121
Tennessee ................................................................................................................................ 121
Texas ....................................................................................................................................... 125
Utah ......................................................................................................................................... 133
Vermont ................................................................................................................................... 134
Virgin Islands .......................................................................................................................... 135
Virginia .................................................................................................................................... 135
Washington ............................................................................................................................. 138
West Virginia .......................................................................................................................... 140
Wisconsin ................................................................................................................................ 142
Wyoming ................................................................................................................................. 144

## International

Australia ................................................................................................................................. 145
Austria ..................................................................................................................................... 145
Belgium ................................................................................................................................... 145
Bulgaria ................................................................................................................................... 145
Canada ..................................................................................................................................... 145
China ....................................................................................................................................... 147
Costa Rica ............................................................................................................................... 147
Czech Republic ....................................................................................................................... 147
Denmark .................................................................................................................................. 147
Dominican Republic ............................................................................................................... 147
Egypt ....................................................................................................................................... 148
England ................................................................................................................................... 148
France ...................................................................................................................................... 152
Germany .................................................................................................................................. 152
Grenada ................................................................................................................................... 152
Hong Kong .............................................................................................................................. 152
Hungary ................................................................................................................................... 152
Ireland ..................................................................................................................................... 152
Israel ....................................................................................................................................... 152
Italy ......................................................................................................................................... 152
Lebanon ................................................................................................................................... 153
Mexico .................................................................................................................................... 153
New Zealand ........................................................................................................................... 153
Nicaragua ................................................................................................................................ 153
Northern Ireland ...................................................................................................................... 153
Norway .................................................................................................................................... 153
Philippines .............................................................................................................................. 153
Poland ..................................................................................................................................... 153
Qatar ....................................................................................................................................... 153
Russia ..................................................................................................................................... 153
Scotland .................................................................................................................................. 154
South Africa ........................................................................................................................... 154
Spain ....................................................................................................................................... 154
St. Kitts-Nevis ........................................................................................................................ 154
St. Maarten ............................................................................................................................. 154
Sweden ................................................................................................................................... 154
Switzerland ............................................................................................................................ 154
The Netherlands ..................................................................................................................... 154
Wales ...................................................................................................................................... 154

## SCOTLAND

**GLASGOW CALEDONIAN UNIVERSITY**
70 COWCADDEN ROAD
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G33423

**GLASGOW SCHOOL OF ART**
167 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G25457

**HERIOT WATT UNIVERSITY**
RICCARTON
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G22739

**NAPIER UNIVERSITY**
CRAIGHLOCKHART CAMPUS
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G34184

**QUEEN MARGARET UNIVERSITY, EDINBURG**
QUEEN MARGARET UNIVERSITY DRIVE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G33494

**ROBERT GORDON UNIVERSITY (THE)**
SCHOOLHILL
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G31028

**ROYAL SCOTTISH ACAD MUSIC & DRAMA**
100 RENFREW STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G30667

**UNIV OF DUNDEE**
NETHERGATE
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G10064

**UNIVERSITY OF ABERDEEN**
REGENT WALK
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G09368

**UNIVERSITY OF ABERTAY DUNDEE**
KYDD BLDG, BELL ST
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G36743

**UNIVERSITY OF EDINBURGH**
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G06839

**UNIVERSITY OF EDINBURGH - EDINBURGH**
LAURISTON PLACE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G12360

**UNIVERSITY OF GLASGOW**
**
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: C08383

**UNIVERSITY OF SAINT ANDREWS**
79 NORTH STREET - SAINT ANDREW
SAINT ANDREWS, SCOTLAND
FEDERAL SCHOOL CODE: G08461

**UNIVERSITY OF STIRLING**
**
STIRLING, SCOTLAND
FEDERAL SCHOOL CODE: G10228

**UNIVERSITY OF STRATHCLYDE**
RICHMOND STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G09808

## SOUTH AFRICA

**UNIVERSITY OF CAPE TOWN**
LOVERS WALK RONDEBOSCH 7701
CAPE TOWN, SOUTH AFRICA
FEDERAL SCHOOL CODE: G10084

**UNIVERSITY OF THE WITWATERSRAND**
1 JAN SMUTS AVE
JOHANNESBURG, SOUTH AFRICA
FEDERAL SCHOOL CODE: G11214

## SPAIN

**ESCUELA SUPERIOR ADMINISTRACION Y D**
AVENIDA DE PEDRALBES 60-62
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G24930

**IESE BUSINESS SCH, UNIV OF NAVARRA**
AVENIDA PEARSON 21
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G21623

**UNIVERSIDAD DE NAVARRA**
RELACIONES INTERNACIONALES
PAMPLONA, SPAIN
FEDERAL SCHOOL CODE: G12540

**UNIVERSITAT JAUME I DE CASTELLO/UJI**
CAMPUS DEL RIU SEC
CASTELLO DE LA PLANA, SPAIN
FEDERAL SCHOOL CODE: G36013

## ST. KITTS-NEVIS

**INTERNATIONAL UNIVERSITY OF NURSING**
CAMPS
BASSETERRE, ST. KITTS-NEVIS
FEDERAL SCHOOL CODE: G41718

## ST. MAARTEN

**AMERICAN UNIV OF THE CARIBBEAN**
#1 UNIVERSITY DRIVE
CUPECOY, ST. MAARTEN
FEDERAL SCHOOL CODE: G22444

## SWEDEN

**CHALMERS TEKNISKA HOGSKOLA AB**
CHALMERSPLATSEN 4
GOTEBORG, SWEDEN
FEDERAL SCHOOL CODE: G30610

**LUND UNIVERSITY**
BOX 117
LUND, SWEDEN
FEDERAL SCHOOL CODE: G10067

**UPPSALA UNIVERSITY**
UPPSALA UNIVERSITY PO BOX 256
UPPSALA, SWEDEN
FEDERAL SCHOOL CODE: G06713

## SWITZERLAND

**CG JUNG INST**
HORNWEG 28
KUSNACHT, SWITZERLAND
FEDERAL SCHOOL CODE: G10160

**ECOLE HoTELIERE DE LAUSANNE**
ROUTE DE COJONNEX 18
LAUSANNE 25, SWITZERLAND
FEDERAL SCHOOL CODE: G12096

**EUROPEAN GRADUATE SCHOOL**
RINGACKER
LEUK STADT, SWITZERLAND
FEDERAL SCHOOL CODE: G35183

**FRANKLIN COLLEGE SWITZERLAND**
VIA PONTE TRESA 29
SORENGO, SWITZERLAND
FEDERAL SCHOOL CODE: G11683

**UNIVERSITY OF GENEVA**
UNI-DUFOUR
GENEVA, SWITZERLAND
FEDERAL SCHOOL CODE: G06715

## THE NETHERLANDS

**NYENRODE BUSINESS UNIVERSITEIT**
STRAATWEG 25
BREUKELEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22767

**UNIVERSITEIT UTRECHT**
BESTUURSGEBOUW
UTRECHT, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22095

**UNIVERSITEIT VAN AMSTERDAM(UNIVERSI**
SPUI 21
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G06377

**UNIVERSITY OF GRONINGEN**
BROERSTRAAT 5
GRONINGEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G21896

**VRIJE UNIVERSITEIT AMSTERDAM**
DE BOELELAAN 1105
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08376

## WALES

**ABERYSTWYTH UNIVERSITY**
OLD COLLEGE
ABERYSTWYTH, WALES
FEDERAL SCHOOL CODE: G08452

**BANGOR UNIVERSITY**
BANGOR
GWYNEDD, WALES
FEDERAL SCHOOL CODE: G10589

# FEDERAL SCHOOL CODES

## For 2013-2014 Effective August 1, 2013

### Table of Contents

**Domestic**

| | Page |
|---|---|
| Alabama | 1 |
| Alaska | 2 |
| American Samoa | 2 |
| Arizona | 2 |
| Arkansas | 5 |
| California | 6 |
| Colorado | 21 |
| Connecticut | 23 |
| Delaware | 25 |
| District of Columbia | 26 |
| Federated States of Micronesia | 27 |
| Florida | 27 |
| Georgia | 34 |
| Guam | 37 |
| Hawaii | 38 |
| Idaho | 38 |
| Illinois | 39 |
| Indiana | 45 |
| Iowa | 47 |
| Kansas | 49 |
| Kentucky | 51 |
| Louisiana | 54 |
| Maine | 57 |
| Marianas Islands | 57 |
| Marshall Islands | 57 |
| Maryland | 58 |
| Massachusetts | 60 |
| Michigan | 64 |
| Minnesota | 68 |
| Mississippi | 70 |
| Missouri | 72 |
| Montana | 76 |
| Nebraska | 76 |
| Nevada | 77 |
| New Hampshire | 78 |
| New Jersey | 79 |
| New Mexico | 82 |
| New York | 83 |
| North Carolina | 93 |
| North Dakota | 97 |
| Ohio | 97 |
| Oklahoma | 104 |
| Oregon | 106 |
| Palau | 108 |
| Pennsylvania | 108 |
| Puerto Rico | 115 |

Rhode Island .................................................................................................................................. 118
South Carolina ............................................................................................................................... 119
South Dakota ................................................................................................................................. 121
Tennessee ....................................................................................................................................... 121
Texas .............................................................................................................................................. 125
Utah ................................................................................................................................................ 133
Vermont .......................................................................................................................................... 134
Virgin Islands ................................................................................................................................. 135
Virginia ........................................................................................................................................... 135
Washington ..................................................................................................................................... 138
West Virginia ................................................................................................................................. 140
Wisconsin ....................................................................................................................................... 142
Wyoming ........................................................................................................................................ 144

## International

Australia ......................................................................................................................................... 145
Austria ............................................................................................................................................ 145
Belgium .......................................................................................................................................... 145
Bulgaria .......................................................................................................................................... 145
Canada ............................................................................................................................................ 145
China .............................................................................................................................................. 147
Costa Rica ...................................................................................................................................... 147
Czech Republic .............................................................................................................................. 147
Denmark ......................................................................................................................................... 147
Dominican Republic ...................................................................................................................... 147
Egypt .............................................................................................................................................. 148
England ........................................................................................................................................... 148
France ............................................................................................................................................. 151
Germany ......................................................................................................................................... 152
Grenada .......................................................................................................................................... 152
Hong Kong ..................................................................................................................................... 152
Hungary .......................................................................................................................................... 152
Ireland ............................................................................................................................................. 152
Israel ............................................................................................................................................... 152
Italy ................................................................................................................................................ 152
Lebanon .......................................................................................................................................... 153
Mexico ............................................................................................................................................ 153
New Zealand .................................................................................................................................. 153
Nicaragua ....................................................................................................................................... 153
Northern Ireland ............................................................................................................................. 153
Norway ........................................................................................................................................... 153
Philippines ...................................................................................................................................... 153
Poland ............................................................................................................................................. 153
Qatar ............................................................................................................................................... 153
Russia ............................................................................................................................................. 153
Scotland .......................................................................................................................................... 153
South Africa ................................................................................................................................... 154
Spain ............................................................................................................................................... 154
St. Kitts-Nevis ................................................................................................................................ 154
St. Maarten ..................................................................................................................................... 154
Sweden ........................................................................................................................................... 154
Switzerland ..................................................................................................................................... 154
The Netherlands ............................................................................................................................. 154
Wales .............................................................................................................................................. 154

## SCOTLAND

UNIV OF DUNDEE
NETHERGATE
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G10864

UNIVERSITY OF ABERDEEN
REGENT WALK
ABERDEEN, SCOTLAND
FEDERAL SCHOOL CODE: G09368

UNIVERSITY OF ABERTAY DUNDEE
KYDD BLDG, BELL ST
DUNDEE, SCOTLAND
FEDERAL SCHOOL CODE: G36743

UNIVERSITY OF EDINBURGH
OLD COLLEGE, SOUTH BRIDGE
EDINBURGH, SCOTLAND
FEDERAL SCHOOL CODE: G06839

UNIVERSITY OF GLASGOW
**
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G06383

UNIVERSITY OF SAINT ANDREWS
79 NORTH STREET - SAINT ANDREW
SAINT ANDREWS, SCOTLAND
FEDERAL SCHOOL CODE: G08461

UNIVERSITY OF STIRLING
**
STIRLING, SCOTLAND
FEDERAL SCHOOL CODE: G10228

UNIVERSITY OF STRATHCLYDE
RICHMOND STREET
GLASGOW, SCOTLAND
FEDERAL SCHOOL CODE: G09808

## SOUTH AFRICA

UNIVERSITY OF CAPE TOWN
LOVERS WALK RONDEBOSCH 7701
CAPE TOWN, SOUTH AFRICA
FEDERAL SCHOOL CODE: G10064

UNIVERSITY OF THE WITWATERSRAND
1 JAN SMUTS AVE
JOHANNESBURG, SOUTH AFRICA
FEDERAL SCHOOL CODE: G11214

## SPAIN

ESCUELA SUPERIOR ADMINISTRACION Y D
AVENIDA DE PEDRALBES 60-62
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G24930

IESE BUSINESS SCH, UNIV OF NAVARRA
AVENIDA PEARSON 21
BARCELONA, SPAIN
FEDERAL SCHOOL CODE: G21623

UNIVERSIDAD DE NAVARRA
RELACIONES INTERNACIONALES
PAMPLONA, SPAIN
FEDERAL SCHOOL CODE: G12540

UNIVERSITAT JAUME I DE CASTELLO/UJI
CAMPUS DEL RIU SEC
CASTELLO DE LA PLANA, SPAIN
FEDERAL SCHOOL CODE: G36013

## ST. MAARTEN

AMERICAN UNIV OF THE CARIBBEAN
#1 UNIVERSITY DRIVE
CUPECOY, ST. MAARTEN
FEDERAL SCHOOL CODE: G22444

## SWEDEN

LUND UNIVERSITY
BOX 117
LUND, SWEDEN
FEDERAL SCHOOL CODE: G10067

UPPSALA UNIVERSITY
UPPSALA UNIVERSITY PO BOX 256
UPPSALA, SWEDEN
FEDERAL SCHOOL CODE: G06713

## SWITZERLAND

CG JUNG INST
HORNWEG 28
KUSNACHT, SWITZERLAND
FEDERAL SCHOOL CODE: G10160

ECOLE HÔTELIERE DE LAUSANNE
ROUTE DE COJONNEX 18
LAUSANNE 25, SWITZERLAND
FEDERAL SCHOOL CODE: G12096

EUROPEAN GRADUATE SCHOOL
RINGACKER
LEUK STADT, SWITZERLAND
FEDERAL SCHOOL CODE: G35183

FRANKLIN COLLEGE SWITZERLAND
VIA PONTE TRESA 29
SORENGO, SWITZERLAND
FEDERAL SCHOOL CODE: G11683

UNIVERSITY OF GENEVA
UNI-DUFOUR
GENEVA, SWITZERLAND
FEDERAL SCHOOL CODE: G06715

## THE NETHERLANDS

NYENRODE BUSINESS UNIVERSITEIT
STRAATWEG 25
BREUKELEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22767

UNIVERSITEIT UTRECHT
BESTUURSGEBOUW
UTRECHT, THE NETHERLANDS
FEDERAL SCHOOL CODE: G22095

UNIVERSITEIT VAN AMSTERDAM(UNIVERSI
SPUI 21
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08377

UNIVERSITY OF GRONINGEN
BROERSTRAAT 5
GRONINGEN, THE NETHERLANDS
FEDERAL SCHOOL CODE: G21896

VRIJE UNIVERSITEIT AMSTERDAM
DE BOELELAAN 1105
AMSTERDAM, THE NETHERLANDS
FEDERAL SCHOOL CODE: G08376

## WALES

ABERYSTWYTH UNIVERSITY
OLD COLLEGE
ABERYSTWYTH, WALES
FEDERAL SCHOOL CODE: G08452

BANGOR UNIVERSITY
BANGOR
GWYNEDD, WALES
FEDERAL SCHOOL CODE: G10589

CARDIFF UNIVERSITY
FINANCE OFFICE, PO BOX 497,
CARDIFF, WALES
FEDERAL SCHOOL CODE: G10157

ROYAL WELSH COLLEGE OF MUSIC AND DR
CASTLE GROUNDS, CATHAYS PARK
CARDIFF, WALES
FEDERAL SCHOOL CODE: G34783

SWANSEA UNIVERSITY
ACADEMIC REGISTRY
SWANSEA, WALES
FEDERAL SCHOOL CODE: G08586

UNIVERSITY OF GLAMORGAN
LLANTWIT ROAD, TREFOREST
PONTYPRIDD, WALES
FEDERAL SCHOOL CODE: G35473

UNIVERSITY OF WALES - ST DAVID'S UN
LAMPETER
CARDIGANSHIRE, WALES
FEDERAL SCHOOL CODE: G12341

UNIVERSITY OF WALES, NEWPORT
LODGE ROAD
NEWPORT, WALES
FEDERAL SCHOOL CODE: G37163