IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| Amit B. Patel | ) 18-31397 |
| | ) Hon. Deborah L. Thorne |
| | ) Trustee: Marilyn O. Marshall |
| Debtor, | ) |
| | ) |
| | ) |
| | ) |
| Amit B. Patel | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Pro. No. 20-00272 |
| v. | ) |
| | ) |
| American Education Services, Bank of Lake | ) |
| Mills and American University of Antigua | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF EARL HOCH IN SUPPORT OF**
**MOTION TO DISMISS AMERICAN EDUCATION SERVICES AS A PARTY**

I, Earl Hoch, state as follows:

1.      I am the Department Supervisor, GPS Customer Service at defendant American Education Services ("AES") and I am over 18 years of age.  The contents of this declaration are based on my personal knowledge.  I reviewed Patel's Amended Complaint and exhibits thereto and information in the possession of AES to make this declaration.  I am competent to make this declaration and to testify as a witness to the matters contained herein.

2.      American Education Services ("AES") is the trade name that Pennsylvania Higher Education Assistance Agency ("PHEAA") for PHEAA's business of servicing federal and private student loans owned by third parties.  PHEAA is an agency of the Commonwealth of Pennsylvania created pursuant to the Act of August 7, 1963, P.L. 549, 24 P.S. §§ 5101 *et seq.*, as amended.

3.      As noted above, AES services loans on behalf of third parties.  AES is not the owner

of those loans.  Rather, on behalf of the loans' owners, AES administers the loans.  For instance,

AES sends out monthly statements, collects payments, operates a call enter for borrowers to call

with questions and requests and provides other administrative services for the loan owners, which

are AES' clients.

4.      On or about December 26, 2008, Mr. Patel signed a promissory note as borrower

for the first of several medical school loans.  *See* Exhibit 1 to Amended Complaint, at 11-19.  As

reflected by the note annexed to the Amended Complaint, the borrower on the loans is Mr. Patel.

5.      AES has no ownership interest in Mr. Patel's student loans.  Rather, AES is only

the servicer for Mr. Patel's loans.  As the servicer of the loans, AES has no interest, financial or

otherwise, in those loans and, hence, the outcome of this adversary proceeding concerning whether

the loans should be discharged under the Bankruptcy Code.   Indeed, defendant American

University of Antigua (the "University") advised Mr. Patel that AES is merely the servicer of the

loans in the letter that the University sent Mr. Patel once Mr. Patel had an obligation to begin

repaying his loans after completing his studies and graduating from the University.  A true and

correct copy of that letter is annexed hereto as Exhibit A.

6.      Defendant Bank of Lake Mills previously owned those loans, until it sold the loans

to the University on May 18, 2009.  Bank of Lake Mills therefore also has no interest in Mr. Patel's

loans.  Annexed hereto as Exhibit B is a true and accurate copy of the screenshot of the Loan

Owner History for the loans at issue in this case, which is the business record that AES maintains

in its system about ownership of loans that AES services.  That screenshot reflects that change in

ownership.

7.      As an exhibit to his amended complaint, Mr. Patel attaches documents showing that the University owns the loans that Mr. Patel seeks to have discharged in this adversary proceeding. *See* Exhibit 1 to Amended Complaint, at 6-8.

8.      Mr. Patel has named the University as a defendant in this adversary proceeding. While Mr. Patel purports to have served the initial complaint on the University, *see* Dkt. 4, the certificate of service shows Mr. Patel having mailed the summons and complaint to the University at an address where the University actually does not maintain an office.  Consequently, it is not clear from the docket that the University has ever properly received the Summons and Complaint or notice that it is a defendant in this adversary proceeding.

I declare the foregoing statements to be true under the penalties of perjury.

Dated:  December 16, 2020

*Earl Hoch*
_____

EARL HOCH

# EXHIBIT A

October 6, 2013

AMIT B PATEL
54 N ALBERT ST
MOUNT PROSPECT IL 60056-2551

Dear Amit:

Please find enclosed your Truth in Lending Disclosure for your loan with American University of Antigua. In addition to the enclosed, you will receive a Repayment Summary Letter from your loan servicer, American Education Services (AES), prior to your first payment due date.

If you have any questions regarding your loan, please contact AES at 1-800-233-0557, or you may view your account online at www.aessuccess.org.

Sincerely,

American University of Antigua

## TRUTH-IN-LENDING DISCLOSURE STATEMENT

Lender:    American Medical School of Antigua
Lender ID:    933584SF
Borrower ID: 6557759836

Date of Disclosure: October 6, 2013

AMIT B PATEL

54 N ALBERT ST

MOUNT PROSPECT IL 60056-2551

Please refer all questions or correspondence to:

American Medical School of Antigua

c/o American Education Services

1200 North Seventh Street

Harrisburg, PA 17102

or call    (800) 233-0557

Co-Signer Name if applicable:

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate, which is subject to change. | The dollar amount the credit will cost you, which is subject to change. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled based on the current annual percentage rate, which may change. |
| 5.75% | $16,369.32 | $24,011.50 | $40,380.82 |

Your payment schedule will be:

| Number of Payments | Amount of Payment | When Payments are Due |
|---|---|---|
| 238 | $169.21 | Monthly beginning:    8/24/2013 |
| 1 | $167.13 | |

Late Charges: If payment is more than 10 days late, you will be charged a late charge of 5% of the unpaid amount of the payment or $10.00, whichever is less.

Prepayment: If you pay off early, you will not have to pay a penalty and you will not be entitled to a refund of part of the origination fee.

See the Promissory Note for any additional information about non-payment, default and any required repayment in full before the scheduled date.

· means an estimate

### Itemization of Amount Financed:

| | |
|---|---|
| Amount given to you directly | $0.00 |
| Amount paid to others on your behalf | $19,500.00 |
| Origination Fee | $0.00 |
| Amount Financed | $24,011.50 |
| Principal Balance of Loan | $24,011.50 |

**PLEASE CHECK THIS INFORMATION THOROUGHLY, IMMEDIATELY NOTIFYING US OF ANY DISCREPANCIES. PLEASE KEEP A COPY OF THIS DOCUMENT FOR YOUR RECORDS.**

# EXHIBIT B



Avaya IC Screenpop Window

Customer Service    CS Processing    CS Sup/TA    CS Processing Assist    Call Work Queue    CSR    Call Sheets

```
    ITS2S330824928;BANHPL;              AES/PA          VTAM KB55        TSX2U
 DATE 12/11/20 10:00:27        OWNER/BOND ISSUE HISTORY

 BORROWER SSN:          NAME: AMIT B PATEL
 LOAN PGM: BANHPL - BANHPL      CONV OWNER ID:
 BOND ISSUE:                    1ST DISB DATE: 01/14/09
 OWNER: 933584SF - AUA


 START DATE END DATE OWNER                        BOND ISSUE    END BALANCE
   01/30/14 08/20/14 933584SF - AUA               PCH2          25,634.36CR
   05/18/09 01/29/14 933584SF - AUA                             24,807.28CR
   01/14/09 05/17/09 923584SF - BOLM                            41,782.83CR






 F1=HELP   F3=EXIT   F5=RFR   F7=BKWD   F8=FWD   F9=PRT   F12=CAN

 TT                         »                      0    4,70    B
```

4, 70    IBM 3270 Terminal - hera.aessuccess.org via Telnet    NUM