IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Amit B. Patel | ) | 18-31397 |
| | ) | Hon. Deborah L. Thorne |
| | ) | Trustee: Catherine L. Steege, |
| Debtor, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Amit B. Patel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 20A 00272 |
| v. | ) | |
| | ) | |
| American Education Services, Bank of Lake Mills and American University of Antigua | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGEMENT

Please take notice that on January 21, 2021 at 9:30am or as soon thereafter as counsel may be heard, I shall appear before her Honor, Judge Deborah L. Thorne or before any other Judge who may be presiding in her place and stead, and shall then and there present the motion of Raffy A. Kaplan to present a **Motion for Entry of Default Judgment**, a copy of which is attached hereto and hereby served upon you at which time and place you may appear if you so desire.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 160-9362-1720 – there is no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the Court's web site.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing

Dated: January 14, 2021　　　　　　　　/s/ Raffy A. Kaplan
　　　　　　　　　　　　　　　　　　　Raffy A. Kaplan
　　　　　　　　　　　　　　　　　　　Attorney for Debtor

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989

## CERTIFICATE OF SERVICE

I, Raffy A, Kaplan, an attorney, certify that on January 14, 2021, I caused true

and correct copies of the foregoing NOTICE OF MOTION FOR ENTRY OF

DEFAULT JUDGEMENT to be served in accordance with the

Administrative Procedures for the Case Management/Electronic Case Filing System for

the United States Bankruptcy Court for the Northern District of Illinois to all counsel of

record in this adversary proceeding, and by mail to:

/s/*Raffy A. Kaplan*
Raffy A. Kaplan


**Via Electronic Notice**
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

**Catherine L. Steege, ESQ**
Jenner & Block
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com

**Daniel R Campbell**
McDermott Will Emery
444 West Lake Street
Chicago, IL 60606
dcampbell@mwe.com

**Via Regular U.S. Mail**
Defendants

Bank of Lake Mills
136 East Madison Street
Lake Mills, Wisconsin 53551

American University of Antigua
Attn: Len Sclafani
One Battery Park Plaza, 33rd Floor
New York, New York 10004

American University of Antigua
University Park
Jabberwock Beach Road
PO Box W1451
Coolidge, Antigua

3

American University of Antigua
40 Wall Street, 10th Floor
New York, NY 10005

The Debtor
Amit B. Patel
874 Forest Glen Court
Bartlett, IL 60103

4

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Amit B. Patel | ) | 18-31397 |
| | ) | Hon. Deborah L. Thorne |
| | ) | Trustee: Catherine L. Steege, |
| Debtor, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Amit B. Patel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 20A 00272 |
| v. | ) | |
| | ) | |
| American Education Services, Bank of Lake | ) | |
| Mills and American University of Antigua | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

NOW COMES the Plaintiff, Amit B. Patel, by and through the plaintiff's attorney Raffy A, Kaplan and hereby requests an Order of Default and Entry of Judgment Order in favor of Plaintiff, Amit B. Patel and against American University of Antigua, and states as follows:

1. The Debtor in the underlying case, Amit B. Patel filed a Chapter 7 bankruptcy petition on November 7, 2018 in the Northern District of Illinois, Eastern Division as case number 18-31397 is the Plaintiff in this case.

2. On August 6, 2020 Plaintiff, Amit B. Patel filed the ADVERSARY COMPLAINT Adversary case 20-00272 to determine Dischargeability of Debt under 11 U.S.C. § 523(a)(8) against American Education Services, Bank of Lake Mills and American University of Antigua;

5

3. On August 6, 2020, Plaintiff served Defendants American Education Services, Bank of Lake Mills and American University of Antigua.  Proof of Service was executed and mailed along with the summons and motion to all defendants;

4. Defendant American Education Services, Bank of Lake Mills and American University of Antigua were required to answer or otherwise plead by September 8, 2020;

5. On October 22, 2020, an order striking American Education Services was granted as "AES" is only the servicer for American University of Antigua;

5. Recently plaintiff's counsel was also informed by defendant's counsel for "AES" that the Bank of Lake Mills was no longer the holder of the note and that it was transferred to American University of Antigua.   Defendant's counsel for American Education Services was the only defendant that filed any response to the Plaintiff's complaint..  Neither Bank of Lake Mills or University of Antigua mounted a defense in this case.  Since neither defendant(s) filed an appearance or an answer to The Complaint to Determine Dischargeability of Debt Under 11 U.S.C. § 523(a)(8) of  American University of Antigua. The plaintiff is requesting a default judgment in favor of the plaintiff be entered.

6.  Based on the failure to appear or answer, Defendant, American University of Antigua have admitted each of the allegations contained in The Complaint to Determine Dischargeability of Debt Under 11 U.S.C. § 523(a)(8) of American University of Antigua therefore the plaintiff is requesting that a default judgement order be entered in his favor.

7.  Plaintiff, Amit B. Patel is entitled to Judgment in the his favor and against Defendant, American University of Antigua;

WHEREFORE, Plaintiff, Amit B. Patel hereby requests a Default Judgment Order in favor of Amit B. Patel and against American University of Antigua and against each defendant in accordance of the relief requested in the Adversary Complaint and for any further relief this court deems just.

Dated: January 14, 2021            Respectfully Submitted

                                                 /s/ Raffy A. Kaplan
                                                Raffy A. Kaplan
                                                Attorney for Debtor

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989