UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Amit B. Patel<br><br>Debtor(s)<br>Amit B. Patel<br><br>Plaintiff(s)<br>American University of Antigua<br><br>Defendant(s) | BK No.: 18-31397<br>Chapter: 7<br>Honorable Deborah L. Thorne<br><br>Adv. No.: 20-00272 |

**DEFAULT JUDGMENT ORDER**

   This cause coming to be heard on Plaintiff's Complaint to Determine Dischargeability of Debt
under 11 U.S.C. § 523(a)(8) against American University of Antigjua due notice of the motion having been served on the parties in interest, no party in interest having responded or objected to the motion, and the court being duly advised in the premises;

   IT IS HEREBY ORDERED:

   1. The debt to American University of Antigua is discharged under 11 U.S.C. § 523(a)(8).

Enter:

*Deborah L. Thorne* (signature)

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 21, 2021

**Prepared by:**

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234