Form 66 (20170308_apo)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Amit B. Patel | ) | BK No.: 18-31397 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |
| Amit B. Patel | ) | Adv. No.: 20-00272 |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| Bank of Lake Mills | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER DISMISSING PARTY FROM ADVERSARY**

This cause coming to be heard on Plaintiff's Complaint to Determine Dischargeability of Debt under 11 U.S.C. § 523(a)(8) against Bank of Lake Mills due notice of the motion having been served on the parties in interest, no party in interest having responded or objected to the motion, and the court being duly advised in the premises;

IT IS HEREBY ORDERED:

1. Bank of Lake Mills is dismissed from this Adversary.
2. Adversary is closed.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 28, 2021

**Prepared by:**
Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602

Form 86 (20170308_apo)
ARDC 6275234