UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Amit B. Patel | ) | BK No.:   18-31397 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |
| Amit B. Patel | ) | Adv. No.: 20-00272 |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| American Education Services, Bank of Lake Mills and<br>American University of Antigua | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER GRANTING AMERICAN EDUCATION SERVICES'
MOTION TO DISMISS IT AS A PARTY**

Upon the motion ("Motion") of defendant American Education Services ("AES") for entry of an Order dismissing it as a party to the Amended Complaint of plaintiff Amit B. Patel (Dkt. No. 23) (the "Amended Complaint"); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion and all papers heretofore filed and the proceedings heretofore had herein and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon and good and sufficient cause appearing thereof,

IT IS HEREBY ORDERED that:
1. The Motion is granted with prejudice as set forth herein;
2. AES is dismissed as a party to the Amended Complaint; and
3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne

Dated:  January 21, 2021

United States Bankruptcy Judge

**Prepared by:**

Enter Prepared By information here.

This box will expand vertically to fit entered text.

Tab out of box to see expansion.